**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Case No. 1:22-cv-00165-WJM-MDW

CHRISTOPHER PARKER, and
RED MANGO ENTERPRISES LTD.,

     Plaintiffs,

v.

CHARIF SOUKI,

     Defendant.

---

## <u>UNOPPOSED</u> MOTION TO CONTINUE HEARING

---

Defendant Charif Souki respectfully requests the Court grant a brief continuance of the motion hearing on Mr. Souki's Motion to Stay Discovery (Docket No. 50) set by minute order (Docket No. 53). Mr. Souki seeks a continuance until the week of January 30, 2023. Such continuance is sought for good cause.

## CERTIFICATE OF CONFERRAL

Pursuant to D.C.COLO.LCivR 7.1(a), counsel for Mr. Souki conferred with Plaintiffs' counsel concerning the relief requested in this motion. Plaintiffs do not oppose the requested continuance.

## UNOPPOSED MOTION

A continuance is within the Court's discretion. *Rogers v. Andrus Transp. Servs.*, 502 F.3d 1147, 1151 (10th Cir. 2007). The Court may consider several non-dispositive factors in deciding a motion to continue, including: "the diligence of the party requesting the continuance; the likelihood that the continuance, if granted, would accomplish the purpose underlying the party's

expressed need for the continuance; the inconvenience to the opposing party, its witnesses, and the court resulting from the continuance; the need asserted for the continuance and the harm that [movant] might suffer as a result of the district court's denial of the continuance." *Id.* (quotation omitted). Good cause is required under Judge Braswell's Practice Standard VI(G). Here, all factors are satisfied as shown by the following facts.

1.      On December 22, 2022, the Court set a motion hearing on Mr. Souki's Motion to Stay Discovery ("the Motion Hearing") by video conference on January 23, 2023 at 11:30 a.m. before Magistrate Judge Maritza Dominguez Braswell. Docket No. 53.

2.      Prior to the December 22, 2022 minute order, Mr. Souki's counsel was set to argue a motion for summary judgment on January 23, 2023, the day of the Motion Hearing.

3.      Prior to the December 22, 2022 minute order, Mr. Souki's counsel was also engaged to defend depositions during the week of January 23, 2023, such that the next available date for the Motion Hearing is January 30, 2023.

4.      Plaintiffs' counsel does not oppose Mr. Souki's request for a continuance given his counsel's pre-existing scheduling conflicts.

5.      The parties will make themselves available for the Motion Hearing on any date and time selected by the Court, starting as early as January 30, 2023.

6.      Mr. Souki files this motion as early as practicable, the request for a continuance will not prejudice any party, and Mr. Souki has not previously requested a continuance of this hearing.

7.      Pursuant to Local Rule 6.1(c), undersigned counsel certifies that Mr. Souki is aware of the requested relief and will receive a copy of this motion.

In sum, a continuance is warranted because Mr. Souki makes this motion well in advance of the Motion Hearing date, the motion to continue is necessary in view of the prior litigation obligations of Mr. Souki's counsel, continuance would be effective to achieve its purpose, Plaintiffs' counsel does not oppose the motion, and good cause exists.

In view of the forgoing, Mr. Souki respectfully requests that the Court grant this motion and continue the current hearing date of January 23, 2023 to a date and time that is convenient for the Court as early as January 30, 2023.

Dated: January 4, 2023

Respectfully submitted,

*/s/ Timothy S. McConn*

Timothy S. McConn
R. Paul Yetter
Tyler P. Young
Bonnie C. Fraase
Yetter Coleman LLP
811 Main Street, Suite 4100
Houston, TX 77002
Telephone: 713.632.8000
Email: tmcconn@yettercoleman.com
       pyetter@yettercoleman.com
       tyoung@yettercoleman.com
       bfraase@yettercoleman.com
and

Michael L. O'Donnell
Marissa S. Ronk
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO  80202-5647
Telephone: 303.244.1800
Facsimile: 303.244.1879
Email: odonnell@wtotrial.com
       ronk@wtotrial.com

Attorneys for Defendant Charif Souki

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on January 4, 2023, a true and correct copy of the foregoing has been electronically served on all counsel of record.

*/s/ Bonnie C. Fraase*
Bonnie C. Fraase