# EXHIBIT 1

Civil Action No. 1:22-cv-00165-WJM-MDB

CHRISTOPHER PARKER, and

RED MANGO ENTERPRISES LTD.,

       Plaintiffs,

v.

CHARIF SOUKI,

       Defendant.

## CHARIF SOUKI DECLARATION ISO MOTION FOR PROTECTIVE ORDER

1. My name is Charif Souki. I am over eighteen years of age and am fully competent to make this declaration. I am a defendant in the above-captioned matter. Based on my personal knowledge, the following facts are true and correct:

2. From 2016 to present, I have individually owned millions of shares of Tellurian stock. Any acquisition or disposition of my Tellurian stock is reflected in filings with the Securities and Exchange Commission ("SEC") due to my insider status at Tellurian.

3. My compensation (including stock grants) at Cheniere and Tellurian are also reflected in SEC filings.

4. I consider my personal financial portfolio extremely personal and private, and I treat it as such. If my personal financial information became public, it could be extremely harmful to my family and me.

5. Prior to March 4, 2020, I was a Trustee of the Souki Family 2016 Trust ("Souki Trust") and was therefore deemed for SEC purposes to be the beneficial owner of the Souki Trust's Tellurian Shares.

6. When the Souki Trust sold Tellurian shares in February and March 2020, the Trust (and I as Trustee) did not choose to sell those shares. Instead, they were sales forced by the Trust's bank.

7. I resigned as Trustee on March 4, 2020 and have not been a Trustee at any point since then. I have no power to compel the Trust to produce information or documents from its files.

8. My children consider the financial holdings of the Souki Trust as extremely personal and private, and they treat it as such.

9. I never entered into any alleged agreement with Chris Parker or Red Mango Enterprises Ltd., including any agreement as described in Plaintiffs' Amended Complaint. Accordingly, I did not intend to perform any alleged agreement with Chris Parker or Red Mango Enterprises Ltd.

10. Chris Parker never told me he was affiliated with Red Mango Enterprises Ltd., nor did he tell me that it would be a party to an alleged agreement with me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 13, 2023.

_____
Charif Souki