# EXHIBIT 3 TO

# DEFENDANT CHARIF SOUKI'S MOTION FOR PROTECTIVE ORDER

# FILED AS RESTRICTED LEVEL 1