# EXHIBIT 4

| | |
|---|---|
| **From:** | Fraase, Bonnie |
| **To:** | Lauren Goldman; Wills, Theodore |
| **Cc:** | Wood, Allison; Fisher, Samantha; Jeffrey Waldron; Young, Tyler |
| **Bcc:** | McConn, Tim; Charif Souki__Red Mango__76854_0104_E_Mail |
| **Subject:** | RE: Inadvertently Disclosed Information - UBS Production in Christopher Parker, et al. v. Charif Souki |
| **Date:** | Wednesday, March 8, 2023 11:44:04 AM |

Lauren,

We agree that UBS is the designating party. We understand that UBS has designated its production as "CONFIDENTIAL-ATTORNEYS' EYES ONLY" and will treat the production as such.

All best,
Bonnie

### Bonnie Fraase | Associate | Yetter Coleman LLP

811 Main Street, Suite 4100, Houston, Texas 77002
(O) 713.632.8012 | (C) 281.743.5129 | bfraase@yettercoleman.com

This transmission is confidential and intended solely for the person or organization to which it is addressed. It may contain privileged and confidential information. If you are not the intended recipient, you should not copy, distribute or take any action in reliance on it. If you have received this transmission in error, please notify the sender at the e-mail address above.

**From:** Lauren Goldman <LGoldman@BSFLLP.com>
**Sent:** Thursday, March 2, 2023 10:47 AM
**To:** Wills, Theodore <theodore.wills@ubs.com>; Fraase, Bonnie <bfraase@yettercoleman.com>
**Cc:** Wood, Allison <allison.wood@ubs.com>; Fisher, Samantha <samantha.fisher@ubs.com>; Jeffrey Waldron <jwaldron@bsfllp.com>
**Subject:** RE: Inadvertently Disclosed Information - UBS Production in Christopher Parker, et al. v. Charif Souki

Bonnie and Ted,

Pursuant to the Protective Order, I believe that UBS is the Designating Party of these documents. If UBS wants to designate them something else, I think they have the power to do that and re-produce the documents. It would then shift the burden to a receiving party to challenge the designations.

Please let us know if either of you disagree.

Best,
Lauren

**From:** Wills, Theodore <theodore.wills@ubs.com>
**Sent:** Friday, February 24, 2023 12:59 PM
**To:** Fraase, Bonnie <bfraase@yettercoleman.com>
**Cc:** Lauren Goldman <LGoldman@BSFLLP.com>; Wood, Allison <allison.wood@ubs.com>; Fisher, Samantha <samantha.fisher@ubs.com>
**Subject:** RE: Inadvertently Disclosed Information - UBS Production in Christopher Parker, et al. v.

Charif Souki

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

---

Bonnie,

We are working to identify the Bates numbers of the non-responsive and inadvertently produced documents. Until the time that we are able to provide you with the Bates numbers of the specific non-responsive documents, UBS requests that you mark the UBS production as "Attorneys' Eyes Only."

Best,

Ted

**From:** Fraase, Bonnie <bfraase@yettercoleman.com>
**Sent:** Thursday, February 23, 2023 9:00 AM
**To:** Wills, Theodore <theodore.wills@ubs.com>
**Cc:** Lauren Goldman <LGoldman@BSFLLP.com>; Wood, Allison <allison.wood@ubs.com>; Fisher, Samantha <samantha.fisher@ubs.com>
**Subject:** [External] RE: Inadvertently Disclosed Information - UBS Production in Christopher Parker, et al. v. Charif Souki

Ted and Lauren,

We have reviewed your request and at this time we are not inclined to destroy the production, particularly given that we have spent a substantial amount of time and effort reviewing it. We remain open to any authority that either of you can provide that would suggest we have an obligation to destroy a production based on the fact that the producing party now believes it was overinclusive.

Regards,
Bonnie
**Bonnie Fraase | Associate | Yetter Coleman LLP**
811 Main Street, Suite 4100, Houston, Texas 77002
(O) 713.632.8012 | (C) 281.743.5129 | bfraase@yettercoleman.com

This transmission is confidential and intended solely for the person or organization to which it is addressed. It may contain privileged and confidential information. If you are not the intended recipient, you should not copy, distribute or take any action in reliance on it. If you have received this transmission in error, please notify the sender at the e-mail address above.

---

**From:** Wills, Theodore <theodore.wills@ubs.com>
**Sent:** Tuesday, February 21, 2023 2:06 PM
**To:** Fraase, Bonnie <bfraase@yettercoleman.com>
**Cc:** Lauren Goldman <LGoldman@BSFLLP.com>; Wood, Allison <allison.wood@ubs.com>; Fisher,

Samantha <samantha.fisher@ubs.com>

**Subject:** RE: Inadvertently Disclosed Information - UBS Production in Christopher Parker, et al. v. Charif Souki

Hey Bonnie,

Following up on the below.

---

**From:** Wills, Theodore
**Sent:** Tuesday, February 14, 2023 11:10 AM
**To:** Fraase, Bonnie <bfraase@yettercoleman.com>
**Cc:** Lauren Goldman <LGoldman@BSFLLP.com>; Wood, Allison <allison.wood@ubs.com>; Fisher, Samantha <samantha.fisher@ubs.com>
**Subject:** Inadvertently Disclosed Information - UBS Production in Christopher Parker, et al. v. Charif Souki

Hi Bonnie,

It has come to my attention that in response to the subpoena served on UBS in this matter, UBS has in error produced client financial information that is non-responsive to the subject subpoena. We request that you immediately destroy the entire UBS production and certify to me that all Inadvertently Disclosed Information was destroyed.

We will move quickly to conduct a fresh review of the UBS production and provide responsive documents to you.

Best,

Theodore Wills
Executive Director, Assistant General Counsel
UBS Group AG
315 Deaderick St.
Nashville, TN 37238
615.393.7618

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]