EXHIBIT 9 TO

DEFENDANT CHARIF SOUKI'S MOTION
FOR PROTECTIVE ORDER

FILED AS RESTRICTED LEVEL 1