# EXHIBIT 18



October 26, 2022

**CONFIDENTIAL**
*Via Email Only*

Tyler Young
Yetter Coleman LLP
811 Main Street, Suite 4100
Houston, TX 77002
Tyoung@yettercoleman.com

   **Re:** ***Parker, et al. v. Souki***, **Case No. 22-cv-00165-WJM-MDB**

Counsel:

  We write in response to your letter dated October 21, 2022 and with regard to discovery issues discussed at the meet-and-confer call on October 24, 2022.

  We reiterate our position stated in our letter dated October 7, 2022 that the previously run, and newly agreed-upon search terms, be run on all messaging applications (i.e., text messages, WhatsApp, Instagram, Facebook, etc.) on Mr. Souki's cell phone. The parties have shown that they communicate substantively via text message.

  Additionally, we discussed that Plaintiffs may choose to serve Requests for Admission relating to the previously served Requests for Production Nos. 19 and 20. While we are still open to engaging in that process, we cannot craft admissions of fact without more information from Defendant. For example, for the relevant time period of at least July 1, 2019 through December 31, 2021, we need to understand on a monthly basis Mr. Souki's net worth and liquidity, as well as the sources of Mr. Souki's net worth and liquidity, including what types of assets Mr. Souki owned and their values, how his investments were allocated, and where his assets and investments were held (i.e., in trust, a bank account, etc.). Please let us know when you are available to meet and confer regarding this information.

  Finally, please let us know which Interrogatories you intend to supplement in light of the Court's guidance. As stated in our previous Joint Report to the Court, and in our October 7th letter, Plaintiffs maintain that Defendant's responses to Interrogatories 1, 2, 3, 4, 8, 9, and 10, are insufficient in that they do not fully respond to all sub-parts of the interrogatory and do not provide responsive information. Moreover, with regard to Interrogatory No. 6, please confirm that Mr. Souki cannot recall any other meetings or communications regarding the "Tellurian Shares," which is a defined term only accounting for the shares belonging to Mr. Parker and Red Mango.



We look forward to hearing from you.

Sincerely,

*/s/ Lauren M. Goldman*

Lauren M. Goldman

BOIES SCHILLER FLEXNER LLP
(212) 303-3641
Lgoldman@bsfllp.com