

April 12, 2024

**VIA ECF**

Hon. Maritza Dominguez Braswell
Colorado Springs Courthouse
212 N. Wahsatch Ave., Suite 100
Colorado Springs, CO 80903

      Re: *Parker, et al. v. Souki,* Case No. 22-cv-00165-WJM-MDB

Dear Judge Dominguez Braswell:

We write on behalf of Plaintiffs in the above-captioned matter to respectfully seek the Court's permission to conduct the deposition of non-party Tellurian, Inc. ("Tellurian") after the April 15, 2024 fact discovery deadline in this matter. Defendant Charif Souki does not oppose this request.

Plaintiffs served a subpoena dated November 17, 2023, on Tellurian seeking the deposition of a corporate representative pursuant to Federal Rule of Civil Procedure 30(b)(6). Tellurian is the company that Defendant in this action co-founded and subsequently led as Executive Chairman until December 2023. Tellurian stock was the subject of the guarantee between Plaintiffs and Defendant that is at issue in this lawsuit.

On December 1, 2023, Tellurian filed a motion to quash the subpoena in the United States District Court for the Southern District of Texas. (*See Parker v. Souki*, Case No.4:23-mc-02137, ECF 1). After the motion was fully briefed, Plaintiffs and Tellurian appeared before Judge Eskridge of the Southern District of Texas at two hearings, on January 17 and February 14, 2024. Plaintiffs and Tellurian negotiated to limit the dispute on the scope of certain deposition topics in light of the guidance given by Judge Eskridge but were at an impasse as to five remaining topics. As directed by Judge Eskridge's order that "narrowed and specified topics may be brought to the Court's attention if the parties can't agree on an appropriate basis by which to proceed," (*id.*, ECF No. 20), Plaintiffs submitted an application to the court on March 1, 2024, for a ruling on the remaining disputed topics. Tellurian did not submit any response, and Judge Eskridge has yet to rule on Plaintiffs' submission.

Plaintiffs have inquired with Judge Eskridge's chambers several times regarding the resolution of the outstanding disputed topics. Our understanding is that Judge Eskridge has been on trial but does intend to resolve the issue soon.

Because the dispute between Plaintiffs and Tellurian remains unresolved, Plaintiffs have been unable to take the deposition of Tellurian's corporate representative. Therefore, Plaintiffs respectfully request that the Court grant dispensation to take the deposition of a corporate representative of Tellurian promptly following the disposition of the dispute before the Texas court.

Plaintiffs do not seek the extension of any other deadline.

BOIES SCHILLER FLEXNER LLP

55 Hudson Yards, New York, NY 10001 | (t) 212.446.2300 | (f) 212.446.2350 | www.bsfllp.com



                    Respectfully submitted,

                    */s/ Craig Wenner*

                    Craig Wenner

Cc: All Counsel of Record (via ECF)