**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 1:22-cv-00165-WJM-MDB

CHRISTOPHER PARKER, and
RED MANGO ENTERPRISES LTD.,

      Plaintiffs,

v.

CHARIF SOUKI,

      Defendant.

---

**DECLARATION IN SUPPORT OF DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT**

---

I, Tyler P. Young, declare as follows:

1.  I am an attorney admitted to practice in Texas and the United States District Court for the District of Colorado. I am an attorney at Yetter Coleman LLP, counsel for Defendant, Charif Souki. I make this declaration in support of Defendant's Motion for Summary Judgment.

2.  Attached as Exhibit 1 to the Motion is a true and correct copy of the transcript from the deposition of Christopher Parker of Jan. 25, 2024. This exhibit contains relevant excerpts from the larger deposition transcript.

3.  Attached as Exhibit 2 to the Motion is a true and correct copy of the transcript from the deposition of Christopher Parker, as corporate representative of Red Mango Enterprises, Ltd. of Jan. 24, 2024. This exhibit contains relevant excerpts from the larger deposition transcript.

4. Attached as Exhibit 3 to the Motion is a true and correct copy of the transcript from the deposition of Charif Souki of Mar. 8, 2024. This exhibit contains relevant excerpts from the larger deposition transcript.

5. Attached as Exhibit 4 to the Motion is a true and correct copy of the document produced in this case as PLAINTIFFS_00011142.

6. Attached as Exhibit 5 to the Motion is a true and correct copy of the document produced in this case as PLAINTIFFS_00002114.

7. Attached as Exhibit 6 to the Motion is a true and correct copy of a compilation of bank records produced in this litigation by Plaintiffs and attached as Exhibit 7 to the deposition of Christopher Parker, as corporate representative of Red Mango Enterprises, Ltd. on Jan. 24, 2024.

8. Attached as Exhibit 7 to the Motion is a true and correct copy of Red Mango Enterprises Ltd.'s Responses and Objections to First Set of Interrogatories, of Jun. 21, 2022.

9. Attached as Exhibit 8 to the Motion is a true and correct copy of the document produced in this case as PLAINTIFFS_00009210.

10. Attached as Exhibit 9 to the Motion is a true and correct copy of the document produced in this case as PLAINTIFFS_00000230.

11. Attached as Exhibit 10 to the Motion is a true and correct copy of the document produced in this case as PLAINTIFFS_00000232.

12. Attached as Exhibit 11 to the Motion is a true and correct copy of the document produced in this case as PLAINTIFFS_00010049.

13. Attached as Exhibit 12 to the Motion is a true and correct copy of Schedule 13D filed with the Securities and Exchange Commission by Tellurian, Inc. on Mar. 5, 2020.

14.     Attached as Exhibit 13 to the Motion is a true and correct copy of the document produced in this case as PLAINTIFFS_00009988.

15.     Attached as Exhibit 14 to the Motion is a true and correct copy of the document produced in this case as PLAINTIFFS_00010188.

16.     Attached as Exhibit 15 to the Motion is a true and correct copy of the document produced in this case as PLAINTIFFS_00004499.

I declare under penalty of perjury under the laws of the State of Texas that the foregoing is true and correct. This declaration is executed on August 27, 2024, in Houston, Texas.

Tyler P. Young