IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-00165-WJM-MDB

CHRISTOPHER PARKER, and
RED MANGO ENTERPRISES LTD.,

      Plaintiffs,

v.

CHARIF SOUKI,

      Defendant.

---

## DEFENDANT'S STATUS REPORT

---

Pursuant to the Court's order, Docket No. 220, Defendant Charif Souki reports that he should be able to prepare for and participate in trial in April 2026 without undue risk to his health.

Mr. Souki's physical health remains unchanged since the last status report filed on January 15, 2026. *See* Docket No. 219. Dr. William Zoghbi—Mr. Souki's personal cardiologist—and his medical team prescribed medication to manage Mr. Souki's cardiac condition, and Mr. Souki has responded positively to the treatment. Though he still experiences fatigue following extended periods of activity, neither Mr. Souki nor Dr. Zoghbi expect that his condition should impede him from preparing for and participating in the April 2026 trial without undue risk.

Dated: February 13, 2026

*/s/ Timothy S. McConn*

Timothy S. McConn
R. Paul Yetter
Tyler P. Young
Daniel N. Nightingale
Bonnie C. Fraase
YETTER COLEMAN LLP
811 Main Street, Suite 4100
Houston, TX 77002
713.632.8000
tmcconn@yettercoleman.com
pyetter@yettercoleman.com
tyoung@yettercoleman.com
dnightingale@yettercoleman.com
bfraase@yettercoleman.com

and

Michael L. O'Donnell
Marissa S. Ronk
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO  80202-5647
Telephone:    303.244.1800
Facsimile:    303.244.1879
Email:        odonnell@wtotrial.com
        ronk@wtotrial.com

ATTORNEYS FOR DEFENDANT CHARIF SOUKI

## CERTIFICATE OF SERVICE

I certify that on February 13, 2026, a true and correct copy of the foregoing has been electronically served on all counsel of record.

*/s/ Timothy S. McConn*

Timothy S. McConn

2