# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge William J. Martínez

Case No.: 22-cv-165-WJM-MDB                   Date: April 7, 2026

Case Title: *Christopher Parker, et al. v. Charif Souki*

## PLAINTIFFS' FINAL WITNESS LIST[1]

| WITNESS & DATE | PROPOSED LENGTH OF TESTIMONY | | |
|---|---|---|---|
| Yousra Bellamine – Apr. 13/14 (will call) | Direct: 0.5 | Cross: 0.5 | Total: 1.0 |
| Donal Galvin – Apr. 13/14 (will call)[2] | Direct: 0.5 | Cross: 0.5 | Total: 1.0 |
| Karim Souki – Apr. 13/14 (will call by deposition) | Direct: 0.5 | Cross: 0 | Total: 0.5 |
| Peter Selman – Apr. 13/14 (will call) | Direct: 1.25 | Cross: 1.25 | Total: 2.5 |
| Drew Freides – Apr. 14/15 (will call by videoconference) | Direct: 0.5 | Cross: 1.25 | Total: 1.75 |
| Christopher Parker – Apr. 14/15 (will call) | Direct: 2.0 | Cross: 2.5 | Total: 4.5 |
| Joe Miller – Apr. 15 (may call by videoconference) | Direct: 0.5 | Cross: 0.5 | Total: 1.0 |
| Jaeho Choi – Apr. 15 (will call by deposition) | Direct: 0.75 | Cross: 0 | Total: 0.75 |
| Charif Souki – Apr. 15 (will call / cross-designated) | Direct: 2.0 | Cross: 2.5 | Total: 4.5 |
| Margery Harris – Apr. 15/16 (will call by deposition) | Direct: 0.4 | Cross: 0.1 | Total: 0.5 |
| Dylan Sellers – Apr. 15/16 (will call) | Direct: 0.5 | Cross: 0.5 | Total: 1.0 |
| Seth Fliegler – Apr. 15/16 (will call) | Direct: 1.0 | Cross: 0.75 | Total: 1.75 |
| | Direct: | Cross: | Total: |
| | Direct: | Cross: | Total: |
| | Direct: | Cross: | Total: |

---

[1]     Plaintiffs reserve their right to amend the order in which they will call their witnesses, the date on which they will call any witness, and the estimated length of any direct examination.

[2]     As discussed at the Final Trial Preparation Conference, Mr. Galvin must testify no later than the morning of April 14 and, if necessary, will be taken out of order.