**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge William J. Martínez**


Case No. 1:22-cv-00165-WJM-MDB                         Date April 8, 2026

Case Title: Christopher Parker and Red Mango Enterprises LTD. v. Charif Souki

_____Defendant_____ FINAL WITNESS LIST
(Plaintiff / Defendant)

| WITNESS & DATE[1] | PROPOSED LENGTH OF TESTIMONY |
|---|---|
| Bryan D'Aguiar – 4/16 (will call) | Direct: 1.5   Cross: 1.25   Total: 2.75 |
| | Direct: _____   Cross: _____   Total: _____ |
| | Direct: _____   Cross: _____   Total: _____ |
| | Direct: _____   Cross: _____   Total: _____ |
| | Direct: _____   Cross: _____   Total: _____ |
| | Direct: _____   Cross: _____   Total: _____ |
| | Direct: _____   Cross: _____   Total: _____ |
| | Direct: _____   Cross: _____   Total: _____ |
| | Direct: _____   Cross: _____   Total: _____ |
| | Direct: _____   Cross: _____   Total: _____ |
| | Direct: _____   Cross: _____   Total: _____ |
| | Direct: _____   Cross: _____   Total: _____ |
| | Direct: _____   Cross: _____   Total: _____ |
| | Direct: _____   Cross: _____   Total: _____ |
| | Direct: _____   Cross: _____   Total: _____ |
| | Direct: _____   Cross: _____   Total: _____ |
| | Direct: _____   Cross: _____   Total: _____ |

[1] Defendant reserves the right to call (live or by deposition) witnesses on Plaintiffs' Witness List who do not appear at trial.