IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-00165-WJM-MDB

CHRISTOPHER PARKER, and
RED MANGO ENTERPRISES LTD.,

       Plaintiffs,

v.

CHARIF SOUKI,

       Defendant.

---

### DEFENDANT CHARIF SOUKI'S AMENDED EXHIBIT LIST

---

Defendant Charif Souki submits the following Amended Exhibit List identifying documents he may and/or expects to use at trial, other than exhibits to be used in rebuttal or for impeachment. Every exhibit identified by the leading Bates number also includes all produced attachments. Mr. Souki reserves the right to supplement or amend this exhibit list as necessary and to add exhibits that are necessary to lay the foundation for the admissibility of evidence if the parties are unable to stipulate to admissibility. Mr. Souki reserves the right to use any exhibit identified on Plaintiffs' Exhibit List.

Dated: April 8, 2026

/s/ Timothy S. McConn
Timothy S. McConn
R. Paul Yetter
Tyler P. Young
Daniel N. Nightingale
Bonnie C. Fraase
Ayla S. Syed
YETTER COLEMAN LLP
811 Main Street, Suite 4100
Houston, TX 77002
713.632.8000
tmcconn@yettercoleman.com
pyetter@yettercoleman.com
tyoung@yettercoleman.com
dnightingale@yettercoleman.com
bfraase@yettercoleman.com
asyed@yettercoleman.com

and

Michael L. O'Donnell
Marissa S. Ronk
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO  80202-5647
Telephone:     303.244.1800
Facsimile:     303.244.1879
Email: odonnell@wtotrial.com
          ronk@wtotrial.com

ATTORNEYS FOR DEFENDANT, CHARIF SOUKI

## CERTIFICATE OF SERVICE

I certify that on April 8, 2026, a true and correct copy of the foregoing has been electronically served on all counsel of record.

/s/ Timothy S. McConn
Timothy S. McConn

| EX. | DATE | WITNESS | DESCRIPTION | BATES NO. | AUTH | STIP | OFF | REC'D | REF'D | RUL - RES |
|---|---|---|---|---|---|---|---|---|---|---|
| A | 2018-02-06 | | Email from C. Parker to C. Burgess, et al. re: GT: New Order | PLAINTIFFS_00001211 | Y | | | | | |
| B | 2018-09-01 | | Email from A. Marwaha to C. Parker re: FW: Attachments: The Tariff Shoe Drops.pdf Webber - Takeaways From LNG & OFS Tour.pdf; Webber - TELL Quarterly Cash Burn Inches Down 5.9.18.pdf; TELL2018-08-14 - initiation.pdf; CowenTELL CoNote 2018-06-01.pdf; STIFEL TELL CoNote 2018-06-22.pdf; TELL Initiation.pdf; LNG Takeaways from 'Drill Fill Chill' Conf (8-21-18).pdf; Energy best ideas - 8.17.18.pdf; TELL 05-14-18 NOTE.pdf; TELL initiation 1 2.14.17.pdf; Webber - Initiating Coverage Of NEXT, LNGL, TELL - Full Report.pdf | PLAINTIFFS_00001662 PLAINTIFFS_00001664 PLAINTIFFS_00001679 PLAINTIFFS_00001684 PLAINTIFFS_00001739 PLAINTIFFS_00001749 PLAINTIFFS_00001755 PLAINTIFFS_00001792 PLAINTIFFS_00001804 PLAINTIFFS_00001820 PLAINTIFFS_00001828 PLAINTIFFS_00001855 PLAINTIFFS_00001910 | Y | | | | | |
| C | 2018-12-03 | | Email from M. Armas to A. Woodthorpe et al. re: HSBC Info Request Re: Merton Attachments: Red Mango - Articles of Incorporation.pdf; Red Mango - Articles of Incorporation.pdf | PLAINTIFFS_00002085 PLAINTIFFS_00002089 PLAINTIFFS_00002114 | Y | | | | | |
| D | 2019-01-09 | | WhatsApp Chat Thread between C. Parker and L. Sister | PLAINTIFFS_00009999 | Y | | | | | |
| E | 2019-01-29 | | Email from D. Gavin to C. Parker re: Fwd: Tellurian | PLAINTIFFS_00002201 | Y | | | | | |
| F | 2019-02-01 | | WhatsApp Chat Thread between C. Parker and L. Sister | PLAINTIFFS_00009419 | Y | | | | | |
| G | 2019-02-06 | | WhatsApp Chat Thread between C. Parker, D. Kesler, and P. Kesler | PLAINTIFFS_00010003 | Y | Y | | | | |
| H | 2019-02-14 | | Email from L. DiGioia to C. Parker re: RE: TELL Attachments: operationDataPoint.aspx.pdf | PLAINTIFFS_00002310 PLAINTIFFS_00002312 | Y | | | | | |
| I | 2019-04-02 | | WhatsApp Chat Thread between C. Parker and L. Au | PLAINTIFFS_00010027 PLAINTIFFS_00010031 | Y | | | | | |
| J | 2019-07-17 | | WhatsApp Chat Thread between C. Parker and M. Gentle | PLAINTIFFS_00009365 PLAINTIFFS_00009368 | Y | | | | | |
| K | 2019-08-04 | | WhatsApp Chat Thread between C. Parker and L. Au | PLAINTIFFS_00010041 | Y | Y | | | | |
| L | 2019-08-05 | | Article: China's Currency Moves Escalate Trade War, Rattling Markets | SOUKI_RM0003588 | Y | | | | | |
| M | 2019-08-21 | | Email from C. Burgess to C. Parker, M. Chow re: P I C T E T ::: Transfer Instruction Attachments: IMG-20190820-WA0020.jpg | PLAINTIFFS_00005438 PLAINTIFFS_00005441 | Y | | | | | |
| N | 2019-08-24 | | Email from C. Parker re: Fwd: Short Sellers Dump LNG Firm Tellurian After Near-$1B Rally | PLAINTIFFS_00002650 | Y | | | | | |
| O | | | Intentionally Omitted - Duplicative (PX36) | | | | | | | |
| P | 2019-08-26 | | WhatsApp Chat Thread between C. Parker, M. Wu and L. Au | PLAINTIFFS_00009913 | Y | | | | | |
| Q | 2019-09-04 | | Email from M. Armas to C. Parker re: FW: Tellurian stock Attachments: R0179371 - 179549 MC_152b_Uncommitted Lombard Loan-$$ GARANT-NON RESID....pdf | PLAINTIFFS_00002581 PLAINTIFFS_00002586 | Y | | | | | |
| R | 2019-09-20 | | WhatsApp Chat Thread between C. Parker and P. Kesler | PLAINTIFFS_00009464 PLAINTIFFS_00009469 PLAINTIFFS_00009470 PLAINTIFFS_00009471 PLAINTIFFS_00009504 PLAINTIFFS_00009505 | Y | | | | | |

| EX. | DATE | WITNESS | DESCRIPTION | BATES NO. | AUTH | STIP | OFF | REC'D | REF'D | RUL - RES |
|---|---|---|---|---|---|---|---|---|---|---|
| S | 2019-09-25 | | Email from L. Martin to C. Parker et al. re: portfolio statements<br>Attachments: 180509.pdf; 179636.pdf; 179549.pdf | PLAINTIFFS_00005462<br>PLAINTIFFS_00005463<br>PLAINTIFFS_00005472<br>PLAINTIFFS_00005481 | Y | Y | | | | |
| T | 2019-12-13 | | Email from L. Au to C. Parker, et al. re: Urgent: Potential margin shortfall when you transfer out Usd 40mm stock equivalent investment to US account | PLAINTIFFS_00005573 | Y | | | | | |
| U | 2019-12-15 | | WhatsApp Chat Thread between C. Parker and M. Wu | PLAINTIFFS_00009986 | Y | | | | | |
| V | 2019-12-18 | | Email from C. Lo to M. Armas re: Pictet<br>Attachments: 0530-00331966 Se pt2019.pdf; 0530-003319660ct2019.pdf; 0530-00331966 Nov2019.pdf | PLAINTIFFS_00005581<br>PLAINTIFFS_00005584<br>PLAINTIFFS_00005702<br>PLAINTIFFS_00005814 | Y | | | | | |
| W | 2019-12-18 | | Email from C. Parker to A. Ribeiro et al. re: P I C T E T ::: Red Mango statements (Sep-Nov 19)<br>Attachments: 330385 (Sep - Nov 19).pdf; 630446 (Sep - Nov 19).pdf | PLAINTIFFS_00005924<br>PLAINTIFFS_00005927<br>PLAINTIFFS_00005959 | Y | Y | | | | |
| X | 2019-12-23 | | CP Irevocable Trust | PLAINTIFFS_00008465<br>PLAINTIFFS_00008466<br>PLAINTIFFS_00008500 | Y | | | | | |
| Y | 2019-12-23 | | CP Irevocable Trust | PLAINTIFFS_00008512<br>PLAINTIFFS_00008513<br>PLAINTIFFS_00008547<br>PLAINTIFFS_00008552<br>PLAINTIFFS_00008557<br>PLAINTIFFS_00008563 | Y | | | | | |
| Z | 2020-01-09 | | WhatsApp Chat Thread between C. Parker and M. Wu | PLAINTIFFS_00009396<br>PLAINTIFFS_00009401<br>PLAINTIFFS_00009402<br>PLAINTIFFS_00009403<br>PLAINTIFFS_00009404 | Y | | | | | |
| A-001 | 2020-01-17 | | Email from C. Parker to K. Josefsberg re: W8 | UBS00000092 | Y | | | | | |
| A-002 | 2020-01-21 | | WhatsApp Chat Thread between C. Parker and M. Wu | PLAINTIFFS_00009405 | Y | | | | | |
| A-003 | 2020-01-22 | | WhatsApp Chat Thread between C. Parker and L. Au | PLAINTIFFS_00009427<br>PLAINTIFFS_00009430 | Y | | | | | |
| A-004 | 2020-01-23 | | WhatsApp Chat Thread between C. Parker and L. Au | PLAINTIFFS_00009431<br>PLAINTIFFS_00009439<br>PLAINTIFFS_00009440<br>PLAINTIFFS_00009441<br>PLAINTIFFS_00009442 | Y | | | | | |
| A-005 | 2020-01-31 | | Email from K. Tang to C. Parker re: FW: Tellurian stock lending….. | PLAINTIFFS_00002711 | Y | | | | | |
| A-006 | 2020-02-01 | | Email from D. Freides to C. Villela et al. re: A couple of items for Chris Parker | UBS00000295 | Y | | | | | |
| A-007 | 2020-02-05 | | WhatsApp Chat Thread between C. Parker, M. Wu and L. Au | PLAINTIFFS_00009916 | Y | | | | | |
| A-008 | 2020-02-07 | | Email from M. Fayaz to A. Tanada et al. re: Deliver FOP from UBS 0530 0013025*.N1 to UBS K2-11987 (BQCB-HDVS068JE-6TAA // eita) | UBS00000329 | Y | | | | | |
| A-009 | 2020-02-09 | | WhatsApp Chat Thread between C. Parker, M. Wu and L. Au | PLAINTIFFS_00009918 | Y | | | | | |
| A-010 | 2020-02-12 | | Email from O. Itkin to C. Parker re: Tellurian Term Sheet<br>Attachments: 2020.02.12 TELL Convertible Senior Unsecured Term Sheet_vF (Clean).pdf | PLAINTIFFS_00002736<br>PLAINTIFFS_00002737 | Y | | | | | |

| EX. | DATE | WITNESS | DESCRIPTION | BATES NO. | AUTH | STIP | OFF | REC'D | REF'D | RUL - RES |
|---|---|---|---|---|---|---|---|---|---|---|
| A-011 | 2020-02-17 | | Email from M. Armas to C. Parker re: FW: Red Mango KYC<br>Attachments: 10941734 1 Red Mango Enterprises Ltd - Cert. of lncorporation.pdf;<br>Red Mango - share certificate number.pdf | PLAINTIFFS_00002697<br>PLAINTIFFS_00002700<br>PLAINTIFFS_00002701 | Y | Y | | | | |
| A-012 | 2020-02-26 | | WhatsApp Chat Thread between C. Parker and P. Kesler | PLAINTIFFS_00010363<br>PLAINTIFFS_00010365 | Y | Y | | | | |
| A-013 | 2020-02-27 | | WhatsApp Chat Thread between C. Parker and J. Miller | PLAINTIFFS_00009898<br>PLAINTIFFS_00009901<br>PLAINTIFFS_00009902 | Y | | | | | |
| A-014 | 2020-02-27 | | WhatsApp Chat Thread between C. Parker and L. Au | PLAINTIFFS_00010049<br>PLAINTIFFS_00010052<br>PLAINTIFFS_00010053 | Y | Y | | | | |
| A-015 | 2020-03-04 | | Email from B. Peterson to K. Souki et al. re: Souki Family 2016 Trust<br>Attachments: Souki Family 2016 Trust-Appointment of Co-Trustees, Resignation of Trustee,Trustee Appointer and Trustee<br>Remover-Executed .pdf | SOUKI_RM0001429<br>SOUKI_RM0001430 | Y | Y | | | | |
| A-016 | 2020-03-12 | | Email from A. Tanada to C. Parker et al. re: Options account agreement<br>Attachments: image2020-03-12-113922.pdf | UBS00000338<br>UBS00000340 | Y | | | | | |
| A-017 | 2020-03-18 | | WhatsApp Chat Thread between C. Parker, M. Wu and L. Au | PLAINTIFFS_00009920<br>PLAINTIFFS_00009926<br>PLAINTIFFS_00009927 | Y | | | | | |
| A-018 | 2020-03-18 | | Email from D. Freides to C. Parker et al. re: Holdings<br>Attachments: Parker Holdings.pdf | UBS00000354<br>UBS00000355 | Y | | | | | |
| A-019 | 2020-03-18 | | Email from M. Desma to B. Alexandre et al. re: K211987 - Christopher John Parker<br>Attachments: Due Diligence form.pdf | UBS00000360<br>UBS00000364 | Y | | | | | |
| A-020 | 2020-03-18 | | Email from M. Desma to C. Villela et al. re: K211987 - Christopher John Parker<br>Attachments: image2020-03-18-142122.pdf; image2020-03-18-123542.pdf | UBS00000404<br>UBS00000409<br>UBS00000415 | Y | | | | | |
| A-021 | 2020-03-20 | | WhatsApp Chat Thread between C. Parker, M. Wu and L. Au | PLAINTIFFS_00009374<br>PLAINTIFFS_00009382<br>PLAINTIFFS_00009383<br>PLAINTIFFS_00009384<br>PLAINTIFFS_00009385<br>PLAINTIFFS_00009386 | Y | | | | | |
| A-022 | 2020-03-23 | | Email from K. Josefsberg to D. Freides re: CHRIS PARKER FOLLOW UP | UBS00000476 | Y | | | | | |
| A-023 | 2020-03-25 | | WhatsApp Chat Thread between C. Parker, M. Wu and L. Au | PLAINTIFFS_00009928<br>PLAINTIFFS_00009938<br>PLAINTIFFS_00009939<br>PLAINTIFFS_00009940<br>PLAINTIFFS_00009941<br>PLAINTIFFS_00009942<br>PLAINTIFFS_00009943<br>PLAINTIFFS_00009944<br>PLAINTIFFS_00009945 | Y | | | | | |

| EX. | DATE | WITNESS | DESCRIPTION | BATES NO. | AUTH | STIP | OFF | REC'D | REF'D | RUL - RES |
|---|---|---|---|---|---|---|---|---|---|---|
| A-024 | 2020-04-23 | | Email from M. Armas to M. Volk, C. Parker, D. Freides, K. Josefsberg re: Parker - Next Steps<br>Attachments: bank reference letter - final.pdf; statement 2020.04.22.pdf; statement 2020.04.02.pdf | UBS00000498<br>UBS00000506<br>UBS00000507<br>UBS00000533 | Y | | | | | |
| A-025 | 2020-05-04 | | WhatsApp Chat Thread between C. Parker, M. Wu and L. Au | PLAINTIFFS_00009952<br>PLAINTIFFS_00009956<br>PLAINTIFFS_00009957 | Y | | | | | |
| A-026 | 2020-05-08 | | Email from D. Freides to C. Parker et al. re: RE: [External] Re: Equity Investment recommendations | UBS00000583 | Y | | | | | |
| A-027 | 2020-06-22 | | Email from M. Armas to C. Parker re: Email from Rhone re trust | PLAINTIFFS_00002822 | Y | | | | | |
| A-028 | 2020-08-24 | | Email from M. Armas to D. Freides, C. Parker re: TELLURIAN shares | PLAINTIFFS_00003122 | Y | Y | | | | |
| A-029 | 2020-08-24 | | Email from D. Freides to M. Desma re: FW: [External] TELLURIAN shares | UBS00000731 | Y | Y | | | | |
| A-030 | 2020-08-24 | | Email from D. Freides to M. Desma re: RE: [External] TELLURIAN shares | UBS00000733 | Y | Y | | | | |
| A-031 | 2020-08-26 | | Email from M. Armas to C. Parker, C. Souki re: Tellurian Shares<br>Attachments: Tellurian Aug26.xlsx | PLAINTIFFS_00000227<br>PLAINTIFFS_00000229.xlsx | Y | | | | | |
| A-032 | 2020-08-26 | | Email from C. Burgess to C. Parker, M. Chow re: Pictet : Tellurian Shares | PLAINTIFFS_00003130 | Y | | | | | |
| A-033 | 2020-08-26 | | Text Message Chain between C. Parker and C. Souki | PLAINTIFFS_00009743<br>PLAINTIFFS_00009744 | Y | Y | | | | |
| A-034 | 2020-08-26 | | WhatsApp Chat Thread between C. Parker and M. Wu | PLAINTIFFS_00009988<br>PLAINTIFFS_00009990 | Y | Y | | | | |
| A-035 | 2021-01 | | UBS Resource Management Account for C. Parker Acct No. 15 12243 KB | PLAINTIFFS_00000127 | Y | | | | | |
| A-036 | 2021-01-15 | | WhatsApp Chat Thread between C. Parker and D. Freides | PLAINTIFFS_00009327 | Y | | | | | |
| A-037 | 2021-01-21 | | Email from D. Freides to C. Parker, K. Josefsberg re: RE: [External] Re: trading color on TELL | UBS00001268 | Y | | | | | |
| A-038 | 2021-01-22 | | WhatsApp Chat Thread between C. Parker and M. Wu | PLAINTIFFS_00009991<br>PLAINTIFFS_00009994 | Y | Y | | | | |
| A-039 | 2021-01-25 | | WhatsApp Chat Thread between C. Parker and J. Nancy | PLAINTIFFS_00009290 | Y | Y | | | | |
| A-040 | 2021-01-25 | | WhatsApp Chat Thread between C. Parker and D. Freides | PLAINTIFFS_00009332 | Y | | | | | |
| A-041 | 2021-01-25 | | WhatsApp Chat Thread between C. Parker and J. Miller | PLAINTIFFS_00009906 | Y | | | | | |
| A-042 | 2021-01-25 | | Email from D. Freides to C. Parker, K. Josefsberg re: RE: [External] Re: trading color on TELL | UBS00001273 | Y | | | | | |
| A-043 | 2021-02-11 | | Email from D. Freides to C. Parker, C. Carroll re: FW: PARKER :: UBS FSI Lending Forms for Signature<br>Attachments: NK 2020-12-29 CP.pdf; T4 2020-12-29.pdf; UBSFS Parker Addendum 2020-12--29 CP.pdf; UBS Label.pdf | UBS00001280<br>UBS00001284<br>UBS00001294<br>UBS00001296<br>UBS00001297 | Y | | | | | |
| A-044 | 2021-02-24 | | WhatsApp Chat Thread between C. Parker and Y. Bellamine | PLAINTIFFS_00009799 | Y | Y | | | | |
| A-045 | 2021-03-08 | | Email from C. Carroll to D. Freides, M. Desma re: FW: PARKER :: URGENT CREDIT LINE HELP SVT5745<br>Attachments: GB.pdf | UBS00001382<br>UBS00001383 | Y | | | | | |

| EX. | DATE | WITNESS | DESCRIPTION | BATES NO. | AUTH | STIP | OFF | REC'D | REF'D | RUL - RES |
|---|---|---|---|---|---|---|---|---|---|---|
| A-046 | 2021-03-31 | | Email from M. Armas to C. Parker re: Re: Asetts for Tamara Attachments: UBS HK Red Mango March 2021.pdf; 2018- 2020 Dividends for CP.pdf; HSBC - Feb 2021.pdf; PICTET Red Mango March 2021.pdf; UBS USA February 2021 Statement.pdf; Asset List 2021.xlsx; Asset List 2021.pdf | PLAINTIFFS_00006663 PLAINTIFFS_00006666 PLAINTIFFS_00006689 PLAINTIFFS_00006693 PLAINTIFFS_00006696 PLAINTIFFS_00006714 PLAINTIFFS_00006785 PLAINTIFFS_00006788 | Y | | | | | |
| A-047 | 2021-04-01 | | Email from M. Armas to T. Dabetic, C. Parker re: Re: Personal info required Attachments: Asset List 2021.pdf; 2018- 2021 Dividends.pdf ;UBS HK Red Mango March 2021.pdf; HSBC - Feb 2021.pdf; UBS HK Clydesdale March 2021.pdf; PICTET Red Mango March 2021.pdf; UBS USA February 2021 Statement.pdf | PLAINTIFFS_00006791 PLAINTIFFS_00006792 PLAINTIFFS_00006797 PLAINTIFFS_00006801 PLAINTIFFS_00006824 PLAINTIFFS_00006827 PLAINTIFFS_00006849 PLAINTIFFS_00006867 | Y | | | | | |
| A-048 | 2021-04-24 | | WhatsApp Chat Thread between C. Parker and M. Wu | PLAINTIFFS_00009995 | Y | Y | | | | |
| A-049 | 2021-04-25 | | WhatsApp Chat Thread between C. Parker and M. Wu | PLAINTIFFS_00009408 PLAINTIFFS_00009412 | Y | | | | | |
| A-050 | 2021-04-26 | | WhatsApp Chat Thread between C. Parker and A. Judd | PLAINTIFFS_00009422 PLAINTIFFS_00009425 PLAINTIFFS_00009426 | Y | Y | | | | |
| A-051 | 2021-04-26 | | WhatsApp Chat Thread between C. Parker and L. Au | PLAINTIFFS_00010054 | Y | | | | | |
| A-052 | 2021-04-28 | | WhatsApp Chat between C. Parker and K. Tang | PLAINTIFFS_00010060 | Y | | | | | |
| A-053 | 2021-05-05 | | Email from M. Desma to D. Freides, M. Kanigher, N. Azzam re: Chris Parker TELL Trade | UBS00001563 | Y | | | | | |
| A-054 | 2021-05-05 | | Email from M. Kanigher to C. Parker, D. Freides, M. Desma re: TELL Trade | UBS00001564 | Y | | | | | |
| A-055 | 2021-05-07 | | Email from M. Desma to M. Kanigher, D. Freides, C. Carroll re: RE: Chirs Parker House Call | UBS00001566 | Y | | | | | |
| A-056 | 2021-05-10 | | Email from D. Freides to C. Parker, M. Desma re: Follow-up | UBS00001571 | Y | | | | | |
| A-057 | 2021-05-17 | | WhatsApp Chat Thread between C. Parker and D. Freides | PLAINTIFFS_00009348 | Y | Y | | | | |
| A-058 | 2021-05-18 | | Email from D. Freides to C. Parker re: TELL trades | UBS00001599 | Y | | | | | |
| A-059 | 2021-05-19 | | WhatsApp Chat Thread between C. Parker and P. Kesler | PLAINTIFFS_00009522 PLAINTIFFS_00009524 | Y | | | | | |
| A-060 | 2021-05-20 | | WhatsApp Chat Thread between C. Parker, M. Wu and L. Au | PLAINTIFFS_00009387 PLAINTIFFS_00009391 PLAINTIFFS_00009392 PLAINTIFFS_00009393 | Y | | | | | |
| A-061 | 2021-05-25 | | WhatsApp Chat Thread between C. Parker and A. Judd | PLAINTIFFS_00010005 | Y | | | | | |
| A-062 | 2021-05-25 | | Email from D. Freides to C. Parker re: FW: [External] (BN) Tellurian Implied Volatility, Options Rise: 2 Signals | UBS00001606 | Y | | | | | |
| A-063 | 2021-05-27 | | Press Release: Tellurian and Gunvor Sign 10-year LNG Agreement for 3 mtpa | SOUKI_RM0003584 | Y | | | | | |
| A-064 | 2021-05-30 | | WhatsApp Chat Thread between C. Parker and K. Tang | PLAINTIFFS_00009443 | Y | | | | | |
| A-065 | 2021-06-03 | | Article: Tellurian signs 10-year LNG agreement with Vitol for 3 MTPA | SOUKI_RM0003586 | Y | | | | | |
| A-066 | 2021-06-25 | | Email from D. Freides to M. Correa, D. Dodd, M. Delgado, M. Desma re: RE: Christopher John Parker 1512243 | UBS00001686 | Y | | | | | |

| EX. | DATE | WITNESS | DESCRIPTION | BATES NO. | AUTH | STIP | OFF | REC'D | REF'D | RUL - RES |
|---|---|---|---|---|---|---|---|---|---|---|
| A-067 | 2021-08-04 | | WhatsApp Chat between C. Parker and Y. Bellamine | PLAINTIFFS_00009856 | Y | Y | | | | |
| A-068 | 2021-08-13 | | Email from M. Armas to C. Parker re: Re: Meeting Luke<br>Attachments: Blue Orchid Loan Account.pdf;<br>Blue Iris Account.pdf; 0530-00331966-00072021-08-10.pdf; CP Personal Investments.pdf;<br>0530-0013 02 53-0001 2021-08-10.pdf; CP Personal.pdf<br>2018- 2021 Dividends.pdf; Blue Orchid Spending Account.pdf; 0530-00331966-0002 2021-08-10.pdf; CP Mandate Portfolio.pdf; Asset List Aug 2021 (1).pdf | PLAINTIFFS_00007497<br>PLAINTIFFS_00007500<br>PLAINTIFFS_00007509<br>PLAINTIFFS_00007516<br>PLAINTIFFS_00007530<br>PLAINTIFFS_00007539<br>PLAINTIFFS_00007561<br>PLAINTIFFS_00007569<br>PLAINTIFFS_00007570<br>PLAINTIFFS_00007578<br>PLAINTIFFS_00007596<br>PLAINTIFFS_00007618<br>PLAINTIFFS_00007634<br>PLAINTIFFS_00007646 | Y | | | | | |
| A-069 | 2021-08-21 | | WhatsApp Chat between C. Parker and A. Beal | PLAINTIFFS_00009308<br>PLAINTIFFS_00009314<br>PLAINTIFFS_00009315 | Y | Y | | | | |
| A-070 | 2021-08-24 | | Email from T. Dabetic to C. Parker re: RE: Recap of funds sent in and used<br>Attachments: Blue Iris Total Movements Euro.pdf; Blue Orchid Lending Account Total Movements Euro.pdf; Blue Orchid Lending Account Statement.pdf; Blue Orchid Spending Account Total Movements GBP.pdf; Blue Orchid Spending Account Total Movements Euro.pdf; CP Tellurian Account Statement.pdf; CP Tellurian Account Total Movements USD.pdf; CP Personal Spending Account Total Movements USD.pdf; CP Personal SIDendine Account Total Movements EUR.pdf; CP Investment Account Total Movements Euro.pdf | PLAINTIFFS_00006938<br>PLAINTIFFS_00006940<br>PLAINTIFFS_00006942<br>PLAINTIFFS_00006967<br>PLAINTIFFS_00006976<br>PLAINTIFFS_00006980<br>PLAINTIFFS_00007240<br>PLAINTIFFS_00007249<br>PLAINTIFFS_00007251<br>PLAINTIFFS_00007260<br>PLAINTIFFS_00007287<br>PLAINTIFFS_00007290<br>PLAINTIFFS_00007292 | Y | | | | | |
| A-071 | 2021-09-17 | | Email from M. Armas to C. Parker re: Re: Goldman Sachs Lending Call Follow Up<br>Attachments: 2018- 2021 Dividends.pdf; UBS USA August 2021.pdf; CP Irrevocable Trust Structure.pdf; ALOG DRAFT GROUP UNAUDITED INCOME STATEMENT FOR 2020 FOR UBS (2).pdf; ALOG 2019 ANNUAL REPORT.pdf; 2018 ALOG Glossy Report.pdf; Asset List Sep 2021.pdf | PLAINTIFFS_00007652<br>PLAINTIFFS_00007656<br>PLAINTIFFS_00007657<br>PLAINTIFFS_00007665<br>PLAINTIFFS_00007666<br>PLAINTIFFS_00007667<br>PLAINTIFFS_00007744<br>PLAINTIFFS_00007818 | Y | | | | | |
| A-072 | 2021-09-27 | | UBS Client Review for C. Parker | UBS00001800 | Y | | | | | |
| A-073 | 2021-10-11 | | Email from D. Freides to M. Desma re: CHRIS PARKER :: Day 1 Margin call in I500156 | UBS00001827 | Y | | | | | |
| A-074 | 2021-10-11 | | Email from D. Freides to M. Desma re: CHRIS PARKER :: Day 1 Margin call in I500156 | UBS00001832 | Y | | | | | |
| A-075 | 2021-10-13 | | Email from D. Freides to M. Desma, M. Kanigher re: RE: CHRIS PARKER :: Day 1 Margin call in 1500156 | UBS00001843 | Y | | | | | |

| EX. | DATE | WITNESS | DESCRIPTION | BATES NO. | AUTH | STIP | OFF | REC'D | REF'D | RUL - RES |
|---|---|---|---|---|---|---|---|---|---|---|
| A-076 | 2021-10-13 | | Email from D. Freides to L. Gorsche re: RE: I do need to speak with you for your advice in the morning re Chris Parker and his TELL position that now has no lending value | UBS00001849 | Y | | | | | |
| A-077 | 2021-10-13 | | Email from D. Freides to L. Gorsche re: Re: CHRIS PARKER:: Day 1 Margin call in 1500156 | UBS00001851 | Y | | | | | |
| A-078 | 2021-10-14 | | Email from M. Armas to M. Desma re: [External] Re: TELLURIAN shares | UBS00001864 | Y | | | | | |
| A-079 | 2021-10-14 | | Email from D. Freides to L. Gorsche re: FW: Parker pushing lending value | UBS00001868 | Y | | | | | |
| A-080 | 2021-10-14 | | Email from C. Dulay to A. Dandrea, D. Freides re: CHRIS PARKER:: LARGE MARGIN CALL $859,165.00 Day 1 | UBS00001888 | Y | | | | | |
| A-081 | 2021-10-15 | | Email from A. DAndrea to D. Freides et al. re: RE: Chris Parker | UBS00001902 | Y | | | | | |
| A-082 | 2021-10-15 | | WhatsApp Chat Thread between C. Parker and M. Wu | PLAINTIFFS_00009416 | Y | | | | | |
| A-083 | 2021-10-15 | | Email from D. Freides to J. Matthews, et al. re: Chris Parker Attachments: Asset Schedule - 2021-08-23 draft.pdf | UBS00001896 UBS00001898 | Y | | | | | |
| A-084 | 2021-10-18 | | Email from D. Freides to L. Gorsche et al. re: FW: Parker pushing lending value | UBS00001914 | Y | | | | | |
| A-085 | 2021-10-20 | | Email from D. Freides to B. Hull re: RE: Chris Parker | UBS00001933 | Y | | | | | |
| A-086 | 2021-10-22 | | WhatsApp Chat Thread between C. Parker and P. McNicholl | PLAINTIFFS_00009287 | Y | Y | | | | |
| A-087 | 2021-10-22 | | Article: Tellurian Transfers TELL Listing to the NYSE American | SOUKI_RM0003580 | Y | | | | | |
| A-088 | 2021-11-02 | | Email from M. Desma to M. Armas re: Secure Document Pick Up: RE: [External] Re: Secure Document Pick Up: RE: Fwd: [REDACTED] PARKER, CHRISTOPHER - 2020 Open Item Attachments: October 2021 Statement Summary.pdf | UBS00002603 UBS00002608 | Y | | | | | |
| A-089 | 2021-11-16 | | Email from B. Hull to B. Wasson, D. Freides, et al. re: Any luck with Baxter re Parker? | UBS00002036 | Y | | | | | |
| A-090 | 2021-11-16 | | Email from D. Freides to S. Studnicky, B. Hull, B. Wasson re: RE: Any luck with Baxter re: Parker? | UBS00002029 | Y | | | | | |
| A-091 | 2021-12-10 | | AB Statement of assets for Red Mango | PLAINTIFFS_00000153 | Y | | | | | |
| A-092 | 2021-12-10 | | UBS Statement of Assets for C. Parker | PLAINTIFFS_00000173 | Y | | | | | |
| A-093 | 2021-12-10 | | Email from M. Desma to M. Armas re: Secure OLS Mailbox: RE: [External] Re: PARKER:: RE: Fwd: WS13133100 - PARKER, CHRISTOPHER - 2020 Open Item | UBS00002051 | Y | | | | | |
| A-094 | 2021-12-10 | | Email from M. Desma to M. Armas re: Secure OLS Mailbox: RE: [External] Re: PARKER:: RE: Fwd: [REDACTED] - PARKER, CHRISTOPHER - 2020 Open Item Attachments: 15XXX43 - April 2021.pdf; 15XXX43 - Jan 2021.pdf; 15XXX43 - June 2021.pdf; 15XXX43 - May 2021.pdf; 15XXX43 - Nov 2021.pdf; 15XXX87 - March 2020.pdf; 1512243 - July 2021.pdf | UBS00002705 UBS00002712 UBS00002725 UBS00002738 UBS00002751 UBS00002766 UBS00002779 UBS00002791 | Y | | | | | |
| A-095 | 2022-01-15 | | WhatsApp Chat Thread between C. Parker and D. Galvin | PLAINTIFFS_00009261 | Y | | | | | |
| A-096 | 2022-01-18 | | WhatsApp Chat Thread between C. Parker and D. Galvin | PLAINTIFFS_00009267 | Y | | | | | |
| A-097 | 2022-01-28 | | Email from M. Kanigher to M. Desma, D. Freides re: PARKER::Margin Call for $656,971 | UBS00002068 | Y | | | | | |
| A-098 | 2022-01-28 | | Email from D. Freides to M. Desma, M. Kanigher re: RE: PARKER:: Margin Call for $656,971 | UBS00002072 | Y | | | | | |
| A-099 | 2022-02-11 | | Email from L. Hodkin to C. Parker re: Re: Advice | PLAINTIFFS_00004499 | Y | | | | | |
| B-001 | 2022-02-15 | | Email from D. Freides to M. Desma re: FW: Re-assessing Chris Parker Attachments: RE_additiona (27.8 KB).msgl Asset List 2021.pdf | UBS00002097 UBS00002099 UBS00002101 | Y | | | | | |

| EX. | DATE | WITNESS | DESCRIPTION | BATES NO. | AUTH | STIP | OFF | REC'D | REF'D | RUL - RES |
|---|---|---|---|---|---|---|---|---|---|---|
| B-002 | 2022-02-24 | | Email from L. Froomer to D. Fredies re: Tellurian | UBS00002104 | Y | | | | | |
| B-003 | 2022-03-02 | | Email from M. Desma to S. Cho, et al. re: RE: PKR Refresh Case: 29704_Mr. Christopher John Parker | UBS00002106 | Y | | | | | |
| B-004 | 2022-03-09 | | Email from M. Armas to C. Parker re: Asset List<br>Attachments: ALOG Dividends 2020 to 2021 (1).jpg; 2018- 2021 Dividends.pdf; CP Irrevocable Trust Structure.pdf; Red Mango Positions Summary v3b 2021-04-28.pptx; RMEL Structure 2021.pdf | PLAINTIFFS_00008380<br>PLAINTIFFS_00008381<br>PLAINTIFFS_00008382<br>PLAINTIFFS_00008386<br>PLAINTIFFS_00008387<br>PLAINTIFFS_00008396 | Y | | | | | |
| B-005 | 2022-03-31 | | Email from D. Freides to M. Desma re: RE: [External] USD Transfer Request - American Express Centurion March 2022 | UBS00002128 | Y | | | | | |
| B-006 | 2022-04-01 | | Email from D. Freides to C. Parker re: TELL | UBS00002131 | Y | Y | | | | |
| B-007 | 2022-04-07 | | Email from T. Dabetic to D. Freides re: RE: Chris P/Tellurian | UBS00002132 | Y | | | | | |
| B-008 | 2022-05-23 | | Email from M. Desma to D. Freides re: RE: PARKER:: Availability on 1500156/152243 | UBS00002144 | Y | | | | | |
| B-009 | 2022-05-23 | | Email from D. Freides to M. Desma re: RE: PARKER:: Availability on 1500156/1512243 | UBS00002151 | Y | | | | | |
| B-010 | 2022-05-23 | | Email from C. Parker to D. Freides, M. Desma re: [External] Re: PARKER:: Sale of TELL | UBS00002157 | Y | | | | | |
| B-011 | 2022-05-23 | | Email from M. Desma to C. Parker, D. Freides re: PARKER:: Sell of TELL today | UBS00002159 | Y | | | | | |
| B-012 | 2022-06-02 | | Email from D. Freides to M. Desma re: RE: PARKER:: TELL SHARES | UBS00002211 | Y | | | | | |
| B-013 | 2022-06-15 | | Email from M. Desma to D. Freide, M. Kanigher re: RE: CHRIS PARKER:: TWO MARGIN CALLS $80,766.00 in 1500156 and $8,305 in SVT5745 | UBS00002225 | Y | | | | | |
| B-014 | 2022-06-16 | | Parker's Responses and Objections to First Set of Interrogatories | | Y | Y | | | | |
| B-015 | 2022-06-16 | | Email from M. Desma to C. Parker, D. Freides re: PARKER:: Sale of GTBP and TELL | UBS00002228 | Y | | | | | |
| B-016 | 2022-06-21 | | Red Mango's Responses and Objections to First Interrogatories | | Y | Y | | | | |
| B-017 | 2022-06-22 | | Email from M. Desma to C. Parker, D. Freides re: RE: [External] Re: PARKER:: Margin Calls again | UBS00002229 | Y | | | | | |
| B-018 | 2022-06-23 | | Email from M. Desma to D. Freides, M. Kanigher re: FW: PARKER:: UBS Credit Card Payment / Account short on cash | UBS00002231 | Y | | | | | |
| B-019 | 2022-06-28 | | Email from D. Freides to M. Desma re: [External] USD Transfer Request - American Express Centurion June 2022 | UBS00002232 | Y | | | | | |
| B-020 | 2022-06-29 | | Email from M. Desma to M. Armas, D. Freides re: Secure OLS Mailbox: RE: [External] IBS Monaco Requests<br>Attachments: May Summary of Accounts 2022.pdf | UBS00002235<br>UBS00002237 | Y | | | | | |
| B-021 | 2022-07-15 | | Email from M. Armas to M. Desma re: [External] Re: Secure OLS Mailbox: RE: Re: Secure OLS Mailbox: RE: Time Sensitive Request - TELL (Tellurian) | UBS00002340 | Y | | | | | |
| B-022 | 2022-07-28 | | Email from M. Armas to M. Desma re: [External] Re: Time Sensitive Request - TELL (Tellurian) | UBS00002353 | Y | | | | | |
| B-023 | 2022-08-02 | | Email from M. Desma to C. Parker, D. Freides, M. Kanigher re: PARKER:: Sale of 700,000 shares of TELL | UBS00002364 | Y | | | | | |
| B-024 | 2022-08-29 | | Summary - Parker's and Red Mango's Tellurian Transactions | | Y | | | | | |
| B-025 | 2022-08-29 | | Parker's Supplemental Responses and Objections to First Interrogatories | | Y | Y | | | | |
| B-026 | 2022-08-29 | | Red Mango's Supplemental Responses and Objections to First Interrogatories | | Y | Y | | | | |
| B-027 | 2022-09-02 | | Email from C. Parker to M. Desma, D. Friedes re: [External] Re: PARKER:: Small Margin Call today on credit line | UBS00002380 | Y | | | | | |

| EX. | DATE | WITNESS | DESCRIPTION | BATES NO. | AUTH | STIP | OFF | REC'D | REF'D | RUL - RES |
|---|---|---|---|---|---|---|---|---|---|---|
| B-028 | 2022-10-05 | | UBS USA Account Summary | | Y | | | | | |
| B-029 | 2023-08-22 | | Parker's Second Supplemental Responses and Objections to First Interrogatories | | Y | Y | | | | |
| B-030 | 2023-08-22 | | RM's Second Supplemental Responses and Objections to First Interrogatories | | Y | Y | | | | |
| B-031 | 2024-04-16 | | UBS Executed Business Records Affidavit | | Y | | | | | |
| B-032 | 2024-05-30 | | Fidelity - Protective put (long stock + long put) | SOUKI_RM0003605 | Y | | | | | |
| B-033 | 2024-05-30 | | Fidelity - Collar (long stock + long put + short call) | SOUKI_RM0003610 | Y | | | | | |
| B-034 | 2024-05-30 | | London Stock Exchange Website: Our history | SOUKI_RM0003621 | Y | | | | | |
| B-035 | 2017-05-23 | | UBS Confirmation of incoming delivery for Red Mango Acct. No. 530-331966.N1 | PLAINTIFFS_00000302 | Y | | | | | |
| B-036 | 2018-11-10 | | Pictet Confirmation of incoming delivery for Red Mango Acct. No. I-330385.001 | PLAINTIFFS_00000377 | Y | | | | | |
| B-037 | | | UBS Spreadsheet: P-Trade results.xlsx | Produced on 1/27/2023 to Plaintiffs as part of UBS001 | Y | | | | | |
| B-038 | 2022-05 | | UBS Loan Account for C. Parker Acct. No. 15 12243 KB | PLAINTIFFS_00000324 | Y | | | | | |
| B-039 | 2021-03-11 | | Text Message Chain between C. Parker and C. Souki | SOUKI_RM0000034 | Y | | | | | |
| B-040 | | | Rule 1006 Summary of Transactions of B. D'Aguiar | | Y | | | | | |
| B-041 | 2018-04-17 | | Email from C. Parker to M. Wu re: Re: Loan opportunity | PLAINTIFFS_00001613 | Y | | | | | |
| B-042 | 2019-08-20 | | Email from T. Dabetic to C. Parker re: RE: Tellurian stock | PLAINTIFFS_00002626 | Y | | | | | |
| B-043 | 2020-01-29 | | Email from K. Tang to C. Parker re: FW: Update portfolio holdings after the 1st phase of stock and cash transfer (usd 22mm) | PLAINTIFFS_00002691 | Y | | | | | |
| B-044 | 2021-08-24 | | WhatsApp Chat Thread between C. Parker, L. Au and M. Wu Wu | PLAINTIFFS_00009971 | Y | | | | | |
| B-045 | 2021-08-25 | | WhatsApp Chat Thread between C. Parker and M. Wu Wu | PLAINTIFFS_00009996 | Y | | | | | |
| B-046 | 2021-10-11 | | Email from R. Dimartino to M. Desma, M. McKeon, D. Freides, M. Kanigher re: CHRIS PARKER:: Day 1 Margin call in 1500156 | UBS00001822 | Y | | | | | |
| B-047 | 2020-05-20 | | Email from M. Desma to M. Fran, M. Volk, D. Freides re: Case #83581936 CVU | UBS00000589 | Y | | | | | |
| B-048 | 2020-09-09 | | Email from M. Kanigher to M. Desma, D. Freides re: RE: TIME SENSITIVE: Please approve New Variable/Fixed Credit Lines: LA PWM Accredited Advisors / 15K8/ Christopher John Parker | UBS00000760 | Y | | | | | |