Civil Action No. 1:22-cv-00165-WJM-MDB

CHRISTOPHER PARKER, and
RED MANGO ENTERPRISES LTD.,

        Plaintiffs,

    v.

CHARIF SOUKI,

        Defendant.

---

### PLAINTIFFS' AMENDED FINAL EXHIBIT LIST

---

Plaintiffs Christopher Parker and Red Mango Enterprises, Ltd. submit the following amended final Exhibit List identifying documents they may and/or expect to use at trial, other than exhibits to be used in rebuttal or for impeachment. Plaintiffs reserve the right to supplement, amend, or otherwise revise this exhibit list as necessary and to add exhibits that are necessary to lay the foundation for the admissibility of evidence if the parties are unable to stipulate to admissibility. Plaintiffs reserve the right to use any exhibit identified on Defendant's Exhibit List.

1

Dated: April 8, 2026

**BOIES SCHILLER FLEXNER LLP**

*/s/ Matthew L. Schwartz*
Jonathan D. Schiller
Matthew L. Schwartz
Craig A. Wenner
Lauren M. Goldman
Claire Greenberg
Jeffrey P. Waldron
55 Hudson Yards
New York, New York 10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350
jschiller@bsfllp.com
mlschwartz@bsfllp.com
cwenner@bsfllp.com
lgoldman@bsfllp.com
cgreenberg@bsfllp.com
jwaldron@bsfllp.com

*Attorneys for Plaintiffs Christopher Parker
and Red Mango Enterprises Ltd.*

PROPOSED LIST OF EXHIBITS
CASE NO. 1:22-cv-00165
PLAINTIFFS' LIST _X_ DEFENDANT'S LIST __ THIRD PTY DEFTS. LIST __
CASE CAPTION: Parker et al vs. Souki
PAGE NO. 1
DATE: APRIL 8, 2026

| Exhibit No | Bates No. | Witness | Description | Authenticity | Stip | Offer | REC'D | Refused | Ruling RSVD. | Comments/Info |
|---|---|---|---|---|---|---|---|---|---|---|
| P1 | PLAINTIFFS_00000011 | | Text messages between Chris Parker and Charif Souki (Mar. 10, 2018 - Oct. 28, 2021) | Yes | Yes | | | | | |
| P2 | PLAINTIFFS_00009221 | | August 17, 2019 text messages between Chris Parker and Charif Souki | Yes | Yes | | | | | |
| P3 | PLAINTIFFS_00010119 | | August 17, 2019 text messages between Chris Parker and Charif Souki | Yes | Yes | | | | | |
| P4 | SOUKI_RM0003230 | | August 17, 2019 text messages between Chris Parker and Charif Souki | Yes | Yes | | | | | |
| P5 | SOUKI_RM0000092 | | 2020.08.25 Email from M.V. Armas to C. Souki and C. Parker re: Tellurian Shares | Yes | Yes | | | | | |
| P6 | SOUKI_RM0000093 | | 2020.08.25 Email from C. Parker to M.V. Armas and C. Souki re: Tellurian Shares | Yes | Yes | | | | | |
| P7 | SOUKI_RM0000095 | | 2020.08.26 Email from M.V. Armas to C. Parker and C. Souki re: Tellurian Shares | Yes | Yes | | | | | |
| P8 | SOUKI_RM0000097 | | 2020.08.26 Spreadsheet of Tellurian Shares for UBS HK, UBS Monaco, UBS USA, and Pictect HK [attachment to email from M.V. Armas to C. Parker and C. Souki re: Tellurian Shares] | Yes | Yes | | | | | |
| | PLAINTIFFS_00000230 | | 2020.08.26 Emails between C. Souki and M. Armas | | | | | | | |
| P9 | | | Intentionally Omitted | | | | | | | |
| P10 | PLAINTIFFS_00000232 | | 2021.02.19 Email from C. Parker to C. Souki re: Fwd: Tellurian Shares | Yes | Yes | | | | | |
| | PLAINTIFFS_00000234 | | 2021.02.18 Draft Put Option Agreement (February 18, 2021) | | | | | | | |
| P11 | | | Intentionally Omitted | | | | | | | |
| P12 | SOUKI_RM0000054 | | 2021.10.12 Letter to C. Souki re. Demand for Repayment from J. Schiller | Yes | Yes | | | | | |
| P13 | PLAINTIFFS_00000988 | | Memorandum of Association of Red Mango Enterprises, Ltd. | Yes | Yes | | | | | |
| P14 | PLAINTIFFS_00000767 | | Register of Directors, Red Mango Enterprises Ltd. | Yes | Yes | | | | | |
| P15 | PLAINTIFFS_00011142 | | Register of Directors, Red Mango Enterprises Ltd. | Yes | Yes | | | | | |
| P16 | PLAINTIFFS_00001075 | | 2017.09.21 Certificate of Incumbency of Red Mango Enterprises Ltd. | Yes | Yes | | | | | |
| P17 | PLAINTIFFS_00008466 | | 2019.12.23 CP Irrevocable Trust | Yes | Yes | | | | | |
| P18 | PLAINTIFFS_00008500 | | 2019.12.23 Deed of Gift | Yes | Yes | | | | | |
| P19 | | | Intentionally Omitted | | | | | | | |
| P20 | | | Intentionally Omitted | | | | | | | |
| P21 | | | Intentionally Omitted | | | | | | | |
| P22 | | | Intentionally Omitted | | | | | | | |
| P23 | PLAINTIFFS_00000446 | | 2021.01.27 Communication from Rhone Trustees re CP Irrecovable Trust | Yes | Yes | | | | | |
| P24 | PLAINTIFFS_00000764 | | 2020.02.11 Certificate of Incumbency of Red Mango Enterprises, Ltd. | Yes | Yes | | | | | |
| P25 | PLAINTIFFS_00001040 | | 2011.05.11 Red Mango Enteprises Ltd. Share Certificate No. 1 | Yes | Yes | | | | | |
| P26 | PLAINTIFFS_00003485 | | 2020.02.26 Christopher Parker Irrevocable Trust KYC Documentation | Yes | Yes | | | | | |
| P27 | PLAINTIFFS_00000961 | | 2017.10.11 email from C. Parker to D. Galvin | Yes | Yes | | | | | |
| P28 | PLAINTIFFS_00001094 | | 2017.12.02 email from C. Parker to D. Galvin | Yes | | | | | | |
| P29 | PLAINTIFFS_00010297 | | 2018.12.18 Text messages between C. Parker and P. Kessler | Yes | | | | | | |
| P30 | PLAINTIFFS_00010308 | | 2019.02.14 Text messages between C. Parker and P. Kessler | Yes | | | | | | |
| P31 | PLAINTIFFS_00009363 | | 2019.07.03 Text message between C. Parker and M. Gentle | Yes | | | | | | |
| P32 | PLAINTIFFS_00009365 | | 2019.07.17 Text messages between c. Parker and M. Gentle | Yes | Yes | | | | | |
| P33 | PLAINTIFFS_00010338 | | 2019.07.17 Text messages between C. Parker and P. Kessler | Yes | | | | | | |
| P34 | PLAINTIFFS_00010345 | | 2019.08.12 Text messages between C. Parker and P. Kessler | Yes | | | | | | |
| P35 | PLAINTIFFS_00010360 | | 2019.08.12 Text messages between C. Parker and P. Kessler | Yes | | | | | | |
| P36 | PLAINTIFFS_00002515 | | 2019.08.25 Emails between C. Parker and O. Itkin re short selling | Yes | | | | | | |
| P37 | PLAINTIFFS_00010353 | | 2020.01.15 Text messages between C. Parker and P. Kessler | Yes | | | | | | |
| P38 | PLAINTIFFS_00010363 | | 2020.02.26 Text messages between C. Parker and P. Kessler | Yes | | | | | | |
| P39 | PLAINTIFFS_00010049 | | 2020.02.27 Text messages between C. Parker and L. Au | Yes | | | | | | |
| P40 | PLAINTIFFS_00009898 | | 2020.02.27 Text messages between C. Parker and J. Miller | Yes | | | | | | |
| P41 | PLAINTIFFS_00009747 | | 2020.03.06 Text messages between C. Parker and Z. Schiller | Yes | | | | | | |
| P42 | PLAINTIFFS_00009958 | | 2020.05.21 Text messages between C. Parker, L. Au, and M. Wu | Yes | | | | | | |
| P43 | PLAINTIFFS_00009988 | | 2020.08.26 Text messages between C. Parker and M. Wu | Yes | | | | | | |
| P44 | PLAINTIFFS_00002925 | | 2020.09.17 Email from C. Parker to P. Kessler | Yes | | | | | | |

PROPOSED LIST OF EXHIBITS
CASE NO. 1:22-cv-00165
PLAINTIFFS' LIST _X_ DEFENDANT'S LIST __ THIRD PTY DEFTS. LIST __
CASE CAPTION: Parker et al vs. Souki
PAGE NO. 2
DATE: APRIL 8, 2026

| Exhibit No | Bates No. | Witness | Description | Authenticity | Stip | Offer | REC'D | Refused | Ruling RSVD. | Comments/Info |
|---|---|---|---|---|---|---|---|---|---|---|
| P45 | PLAINTIFFS_00010382 | | 2021.03.05 Text messages between C. Parker and P. Kessler | Yes | | | | | | |
| P46 | PLAINTIFFS_00010417 | | 2021.10.07 Text messages between C. Parker and P. Kessler | Yes | | | | | | |
| P47 | SOUKI_RM0000085 | | 2018.08.31 Email from Amit Marwaha to C. Souki (no subject) | Yes | | | | | | |
| P48 | SOUKI_RM0000086 | | 2018.09.01 Email from Amit Marwaha to C. Souki (no subject) | Yes | | | | | | |
| P49 | SOUKI_RM0003396 | | 2019.03.19-20 Text messages with C. Souki and 447917090607 re meeting with C. Parker | Yes | | | | | | |
| P50 | SOUKI_RM0003368 | | 2019.08.03 Text message from C. Souki to A. Asfari re shares | Yes | | | | | | |
| P51 | SOUKI_RM0003378 | | 2019.08.03 Text message from C. Souki to I. Fathaliah re: Tellurian short attack | Yes | | | | | | |
| P52 | SOUKI_RM0003380 | | 2019.08.03 Text message from C. Souki to N. Sawiris re: help with Tellurian short attack | Yes | | | | | | |
| P53 | SOUKI_RM0003402 | | 2019.08.12 Text messages between C. Souki and K. Souki re shares, buying stocks, idiot with a high margin | Yes | | | | | | |
| P54 | SOUKI_RM0003391 | | 2019.08.13 Text messages with C. Souki and P. Caland re Tell stock | Yes | | | | | | |
| P55 | SOUKI_RM0003529 | | Tellurian until year-end | Yes | | | | | | |
| P56 | SOUKI_RM0000919 | | 2019.08.23 Email from K. Souki to C. Souki re: TELL Stock Loan Availability 8/23/19 | Yes | | | | | | |
| P57 | SOUKI_RM0003409 | | 2019.10.20 Text messages with C. Souki and O. Itkin messages | Yes | | | | | | |
| P58 | SOUKI_RM0003375 | | 2019.12.16 Text messages with C. Souki and I. Fathallah | Yes | | | | | | |
| P59 | SOUKI_RM0001416 | | 2020.02.25 Email from K. Souki to C. Souki re: NOTICE PURSUANT TO CREDIT AGREEMENT BETWEEN UBS AG AND SOUKI FAMILY 2016 TRUST w UBS Notice of LTV Breach 2020.02.24 attachment | Yes | | | | | | |
| P60 | SOUKI_RM0001418 | | 2020.02.24 Notice of LTV Breach to Souki Family 2016 Trust from UBS AG (October 2019 Credit Agreement) | Yes | | | | | | |
| P61 | TRUST_000031 | | 2020.02.26 K. Souki email to K. Ghosn and A. Rodriguez re Tellurian sale (with attached Seller's Representation Letter) | Yes | | | | | | |
| P62 | TRUST_000034 | | 2020.02.26 K. Souki email to T. Poulos re signed sell order (with attached order) | Yes | | | | | | |
| P63 | TRUST_000017 | | 2020.02.27 K. Souki email to D. Ferguson re UBS/Souki | Yes | | | | | | |
| P64 | SOUKI_RM0003578 | | 2020.03.01 Text messages from C. Souki to A. Asfari re trust's Tellurian sales and Tellurian outlook | Yes | | | | | | |
| P65 | TRUST_000014 | | 2020.03.03 K. Souki email to Chris Souki re Tellurian Share Sale Update | Yes | | | | | | |
| P66 | TRUST_000011 | | 2020.03.17 K. Souki email to K. Case re Souki Family Trust - Loan Repayment (with attached table of accrued interest fees) | Yes | | | | | | |
| P67 | SOUKI_RM0003415 | | 2020.07.25 Text messages with C. Souki and Jodi re Chris Parker dinner reservation | Yes | | | | | | |
| P68 | UBS-Parker-0000151 | | C. Souki Financial Statement as of December 31, 2016 | Yes | | | | | | |
| P69 | UBS-Parker-0000994 | | C. Souki Financial Statement as of December 31, 2017 | Yes | | | | | | |
| P70 | SOUKI_RM0001402 | | C. Souki Separately Managed Assets Financial Statements (Sept. 30, 2019) | Yes | | | | | | |
| P71 | SOUKI_RM0002475 | | C. Souki Balance Sheet as of December 31, 2020 | Yes | | | | | | |
| P72 | SOUKI_RM0002477 | | C. Souki Balance Sheet as of December 31, 2021 | Yes | | | | | | |
| P73 | UBS-Parker-0000078 | | 2017.04.27 April 27, 2017 Loan Agreement among C. Souki, Strudel Holdings, AVR AH LLC, Nineteen77, Bermudez Mutari & Schedule docs (April 2017 Loan Agreement) | Yes | | | | | | |
| P74 | UBS-Parker-0000239 | | 2017.04.27 Pledge Agreement executed by Souki with schedule (April 2017 Loan Agreement) | Yes | | | | | | |
| P75 | SOUKI_RM0003480 | | 2018.01.30 Credit Agreement between Souki and UBS AG, Stamford Branch | Yes | | | | | | |
| P76 | UBS-Parker-0000467 | | 2018.01.30 Amendment, Consent and Waiver No. 1 to April 27, 2017 Loan Agreemen | Yes | | | | | | |
| P77 | UBS-Parker-0000315 | | 2018.03.22 Amendment No. 2 to April 27, 2017 Loan Agreement | Yes | | | | | | |
| P78 | UBS-Parker-0000910 | | 2018.03.30 March 30th, 2018 Loan Agreement (March 2018 Loan Agreement) | Yes | | | | | | |
| P79 | UBS-Parker-0001022 | | 2018.03.30 Pledge Agreement by C. Souki (March 2018 Loan Agreement) | Yes | | | | | | |

PROPOSED LIST OF EXHIBITS
CASE NO. 1:22-cv-00165
PLAINTIFFS' LIST _X_ DEFENDANT'S LIST __ THIRD PTY DEFTS. LIST __
CASE CAPTION: Parker et al vs. Souki
PAGE NO. 3
DATE: APRIL 8, 2026

| Exhibit No | Bates No. | Witness | Description | Authenticity | Stip | Offer | REC'D | Refused | Ruling RSVD. | Comments/Info |
|---|---|---|---|---|---|---|---|---|---|---|
| P80 | UBS-Parker-0000390 | | 2019.01.30 Amendment No. 3 to April 27, 2017 Loan Agreement | Yes | | | | | | |
| P81 | UBS-Parker-0000541 | | 2019.01.30 Amendment No. 1 to March 30, 2018 Loan Agreement | Yes | | | | | | |
| P82 | UBS-Parker-0000723 | | 2019.06.26 Amendment No. 2 to March 30, 2018 Loan Agreement (March 2018 Loan Agreement) | Yes | | | | | | |
| P83 | UBS-Parker-0001704 | | 2019.05.23 May 23, 2019 Credit and Guaranty Agreement among Driftwood Holdings LLC, Lenders and Wilmington Trust | Yes | | | | | | |
| P84 | TRUST_000140 | | 2019.10.30 Tellurian Consent and Acknowledgement (October 2019 Credit Agreement) | Yes | | | | | | |
| P85 | UBS-Parker-0002880 | | 2019.10.31 Souki Family 2016 Trust UBS Credit Agreement | Yes | | | | | | |
| P86 | TRUST_000160 | | 2019.10.31 UBS Financial Services Inc. Acct Control Agreement (October 2019 Credit Agreement) | Yes | | | | | | |
| P87 | UBS-Parker-0002864 | | 2019.10.31 UCC Financing Statement for Souki Family 2016 Trust (October 2019 Credit Agreement) | Yes | | | | | | |
| P88 | UBS-Parker-0002867 | | 2019.10.31 UCC Financing Statement for Souki Family 2016 Trust (October 2019 Credit Agreement) | Yes | | | | | | |
| P89 | UBS-Parker-0002870 | | 2019.10.31 Funding Request to UBS AG Stamford Branch (October 2019 Credit Agreement) | Yes | | | | | | |
| P90 | UBS-Parker-0001022 | | 2018.03.30 Pledge Agreement by C. Souki (March 2018 Loan Agreement) | Yes | | | | | | |
| P91 | UBS-Parker-0001943 | | 2019.05.23 Pledge Agreement by and among Tellurian Inc. and Wilmington Trust | Yes | | | | | | |
| P92 | UBS-Parker-0002230 | | 2019.05.23 Pledge and Security Agreement by and among Driftwood Holdings and Wilmington Trust | Yes | | | | | | |
| P93 | UBS-Parker-0002262 | | 2019.05.23 Nineteen77 and Bermudez letter to C. Souki re: Loan Side Letter Agreement (March 2018 Loan Agreement) | Yes | | | | | | |
| P94 | SOUKI_RM0001422 | | 2020.02.27 Third Amendment to October 2019 Credit Agreement and Extension of Margin Call Period | Yes | | | | | | |
| P95 | UBS-Parker-0001051 | | 2020.03.30 Amendment No. 3 to March 30, 2018 Loan Agreement | Yes | | | | | | |
| P96 | UBS-Parker-0001067 | | 2020.03.30 Amendment No. 5 to April 27, 2017 Loan Agreement | Yes | | | | | | |
| P97 | UBS-Parker-0001059 | | 2020.04.30 Amendment No. 4 to March 30, 2018 Loan Agreement | Yes | | | | | | |
| P98 | UBS-Parker-0001075 | | 2020.04.30 Amendment No. 6 to April 27, 2017 Loan Agreement | Yes | | | | | | |
| P99 | UBS-Parker-0011122 | | 2020.05.20 Bridge Agreement (April 27, 2017 Loan Agreement) | Yes | | | | | | |
| P100 | UBS-Parker-0001099 | | 2020.05.20 Bridge Agreement (March 30, 2018 Loan Agreement) | Yes | | | | | | |
| P101 | UBS-Parker-0001115 | | Notice of Exclusive Control to UBS SLG Group from Wilmington Trust National Association, signed Nicole Kroll, dated May 5, 2020 | Yes | | | | | | |
| P102 | SOUKI_RM0001771 | | Exhibit J to L. Metzger Affirmation (NYSCEF No. 80), May 25, 2020 Notice of Termination Agreement Period, Continuing Defaults and Reservation of Rights,*Souki, et al. v. Nineteen77 Capital Solutions A LP, et al.*, Index No. 651164/2023, NYSCEF No. 90 (N.Y. Sup.) | Yes | | | | | | |
| P103 | SOUKI_RM0001775 | | Exhibit K to L. Metzger Affirmation (NYSCEF No. 80), Notice of Termination Agreement Period, Continuing Defaults and Reservations of Rights, *Souki, et al. v. Nineteen77 Capital Solutions A LP, et al.*, Index No. 651164/2023, NYSCEF No. 91 (N.Y. Sup.) | Yes | Yes | | | | | |
| P104 | SOUKI_TRUST_00000109 | | 2016.03.11 Souki Family 2016 Trust Agreement | Yes | Yes | | | | | |
| P105 | SOUKI_TRUST_00000105 | | 2017.02.10 First Amendment to Trust Agreement for the Souki Family 2016 Trust | Yes | Yes | | | | | |
| P106 | SOUKI_TRUST_00000140 | | 2019.10.30 Tellurian Consent and Acknowledgement (October 2019 Credit Agreement) | Yes | | | | | | |
| P107 | SOUKI_TRUST_00000017 | | 2020.02.27 K. Souki email to D. Ferguson re UBS/Souki | Yes | | | | | | |
| P108 | SOUKI_TRUST_00000028 | | 2020.02.27 K. Souki email to C. Baxter re Souki Trust - Third Amendment to Credit Agreement (Execution Version) | Yes | | | | | | |
| P109 | SOUKI_RM0001430 | | 2020.03.04 Appointment of Co-Trustees - Resignation of Trustee, Trustee Appointer, and Trustee Remover | Yes | Yes | | | | | |
| P110 | PLAINTIFFS_00008838 | | 2018.09.70 Brokerage Statements for UBS AG Hong Kong Branch Account No. 530-331966.N1 (Red Mango Enterprises, Ltd.) | Yes | Yes | | | | | |

PROPOSED LIST OF EXHIBITS
CASE NO. 1:22-cv-00165
PLAINTIFFS' LIST _X_ DEFENDANT'S LIST __ THIRD PTY DEFTS. LIST __
CASE CAPTION: Parker et al vs. Souki
PAGE NO. 4
DATE: APRIL 8, 2026

| Exhibit No | Bates No. | Witness | Description | Authenticity | Stip | Offer | REC'D | Refused | Ruling RSVD. | Comments/Info |
|---|---|---|---|---|---|---|---|---|---|---|
| P111 | PLAINTIFFS_00005584 | | 2019.09.30 Brokerage Statements for UBS AG Hong Kong Branch Account No. 530-331966.N1 (Red Mango Enterprises, Ltd.) | Yes | Yes | | | | | |
| P112 | PLAINTIFFS_00005702 | | 2019.10.31 Brokerage Statements for UBS AG Hong Kong Branch Account No. 530-331966.N1 (Red Mango Enterprises, Ltd.) | Yes | Yes | | | | | |
| P113 | PLAINTIFFS_00005814 | | 2019.11.30 Brokerage Statements for UBS AG Hong Kong Branch Account No. 530-331966.N1 (Red Mango Enterprises, Ltd.) | Yes | Yes | | | | | |
| P114 | PLAINTIFFS_00006017 | | 2020.01.06 Brokerage Statements for UBS AG Hong Kong Branch Account No. 530-331966.N1 (Red Mango Enterprises, Ltd.) | Yes | Yes | | | | | |
| P115 | PLAINTIFFS_00006666 | | 2021.03.30 Brokerage Statements for UBS AG Hong Kong Branch Account No. 530-331966.N1 (Red Mango Enterprises, Ltd.) | Yes | Yes | | | | | |
| P116 | PLAINTIFFS_00007401 | | 2021.08.09 Brokerage Statements for UBS AG Hong Kong Branch Account No. 530-331966.N1 (Red Mango Enterprises, Ltd.) | Yes | Yes | | | | | |
| P117 | PLAINTIFFS_00007441 | | 2021.08.09 Brokerage Statements for UBS AG Hong Kong Branch Account No. 530-331966.N1 (Red Mango Enterprises, Ltd.) | Yes | Yes | | | | | |
| P118 | PLAINTIFFS_00007825 | | 2021.10.31 Brokerage Statements for UBS AG Hong Kong Branch Account No. 530-331966.N1 (Red Mango Enterprises, Ltd.) | Yes | Yes | | | | | |
| P119 | PLAINTIFFS_00008753 | | 2021.12.20 Brokerage Statements for UBS AG Hong Kong Branch Account No. 530-331966.N1 (Red Mango Enterprises, Ltd.) | Yes | Yes | | | | | |
| P120 | PLAINTIFFS_00007973 | | 2021.01.18 Brokerage Statements for UBS AG Hong Kong Branch Account No. 530-331966.N1 (Red Mango Enterprises, Ltd.) | Yes | Yes | | | | | |
| P121 | PLAINTIFFS_00009537 | | 2022.11.30 Brokerage Statements for UBS AG Hong Kong Branch Account No. 530-331966.N1 (Red Mango Enterprises, Ltd.) | Yes | Yes | | | | | |
| P122 | PLAINTIFFS_00008800 | | 2021.01 Brokerage Statements for UBS Financial Services, Inc. Account No. I5 12243 K8 (Parker) | Yes | Yes | | | | | |
| P123 | PLAINTIFFS_00009162 | | 2021.04 Brokerage Statements for UBS Financial Services, Inc. Account No. I5 12243 K8 (Parker) | Yes | Yes | | | | | |
| P124 | PLAINTIFFS_00000060 | | 2021.05 Brokerage Statements for UBS Financial Services, Inc. Account No. I5 12243 K8 (Parker) | Yes | Yes | | | | | |
| P125 | PLAINTIFFS_00000088 | | 2021.06 Brokerage Statements for UBS Financial Services, Inc. Account No. I5 12243 K8 (Parker) | Yes | Yes | | | | | |
| P126 | PLAINTIFFS_00000101 | | 2021.07 Brokerage Statements for UBS Financial Services, Inc. Account No. I5 12243 K8 (Parker) | Yes | Yes | | | | | |
| P127 | PLAINTIFFS_00000075 | | 2021.11 Brokerage Statements for UBS Financial Services, Inc. Account No. I5 12243 K8 (Parker) | Yes | Yes | | | | | |
| P128 | PLAINTIFFS_00000324 | | 2022.05 Brokerage Statements for UBS Financial Services, Inc. Account No. I5 12243 K8 (Parker) | Yes | Yes | | | | | |
| P129 | PLAINTIFFS_00006714 | | 2021.02 Brokerage Statements for UBS Financial Services, Inc. I5 12251 K8 (Parker) | Yes | Yes | | | | | |
| P130 | PLAINTIFFS_00008029 | | 2021.12 Brokerage Statements for UBS Financial Services, Inc. I5 12251 K8 (Parker) | Yes | Yes | | | | | |
| P131 | PLAINTIFFS_00000001 | | 2020.02 Brokerage Statements for UBS Financial Services, Inc. Account No. K2 11987 K8 (Parker) | Yes | Yes | | | | | |
| P132 | PLAINTIFFS_00000140 | | 2020.03 Brokerage Statements for UBS Financial Services, Inc. Account No. K2 11987 K8 (Parker) | Yes | Yes | | | | | |
| P133 | PLAINTIFFS_00005463 | | 2019.09.25 Brokerage Statements for UBS (S.A.) Monaco Account No. 1080509 (Parker) | Yes | Yes | | | | | |
| P134 | PLAINTIFFS_00008744 | | 2021.12.10 Brokerage Statements for UBS (S.A.) Monaco Account No. 1080509 (Parker) | Yes | Yes | | | | | |
| P135 | PLAINTIFFS_00006565 | | 2020.04.30 Brokerage Statements for Pictet Account No. 630446 (Red Mango Enterprises, Ltd.) | Yes | Yes | | | | | |
| P136 | PLAINTIFFS_00006654 | | 2020.09.30 Brokerage Statements for Pictet Account No. 630446 (Red Mango Enterprises, Ltd.) | Yes | Yes | | | | | |
| P137 | PLAINTIFFS_00008224 | | 2020.12.31 Brokerage Statements for Pictet Account No. 630446 (Red Mango Enterprises, Ltd.) | Yes | Yes | | | | | |

PROPOSED LIST OF EXHIBITS
CASE NO. 1:22-cv-00165
PLAINTIFFS' LIST _X_ DEFENDANT'S LIST __ THIRD PTY DEFTS. LIST __
CASE CAPTION: Parker et al vs. Souki
PAGE NO. 5
DATE: APRIL 8, 2026

| Exhibit No | Bates No. | Witness | Description | Authenticity | Stip | Offer | REC'D | Refused | Ruling RSVD. | Comments/Info |
|---|---|---|---|---|---|---|---|---|---|---|
| P138 | PLAINTIFFS_00007481 | | 2021.08.10 Brokerage Statements for Pictet Account No. 630446 (Red Mango Enterprises, Ltd.) | Yes | Yes | | | | | |
| P139 | PLAINTIFFS_00008243 | | 2021.12.31 Brokerage Statements for Pictet Account No. 630446 (Red Mango Enterprises, Ltd.) | Yes | Yes | | | | | |
| P140 | PLAINTIFFS_00005927 | | 2019.09.30 Brokerage Statements for Pictet Account No. 330385 (Red Mango Enterprises, Ltd.) | Yes | Yes | | | | | |
| P141 | PLAINTIFFS_00005562 | | 2019.11.30 Brokerage Statements for Pictet Account No. 330385 (Red Mango Enterprises, Ltd.) | Yes | Yes | | | | | |
| P142 | PLAINTIFFS_00006353 | | 2019.12.31 Brokerage Statements for Pictet Account No. 330385 (Red Mango Enterprises, Ltd.) | Yes | Yes | | | | | |
| P143 | | | S. Fliegler Summary Chart of Plaintiffs' Guaranteed Tellurian Transactions | Yes | | | | | | |
| P144 | PLAINTIFFS 00000152 | | Tellurian transaction details for UBS (S.A.) Monaco Account No. 179549 (Parker) | Yes | Yes | | | | | |
| P145 | PLAINTIFFS 00000256 | | Tellurian transaction details for UBS AG Hong Kong Branch Account No. 331966.N1 (Red Mango) | Yes | Yes | | | | | |
| P146 | PLAINTIFFS 00000303 | | Tellurian transaction details for UBS AG Hong Kong Branch Account No. 331966.N1 (Red Mango) | Yes | Yes | | | | | |
| P147 | PLAINTIFFS 00000342 | | Tellurian transaction details for UBS AG Hong Kong Branch Account No. 331966.N1 (Red Mango) | Yes | Yes | | | | | |
| P148 | PLAINTIFFS 00000369 | | Tellurian transaction details for UBS AG Hong Kong Branch Account No. 331966.N1 (Red Mango) | Yes | Yes | | | | | |
| P149 | PLAINTIFFS 00000379 | | Tellurian transaction details for UBS AG Hong Kong Branch Account No. 331966.N1 (Red Mango) | Yes | Yes | | | | | |
| P150 | PLAINTIFFS 00000455 | | Tellurian transaction details for UBS AG Hong Kong Branch Account No. 331966.N1 (Red Mango) | Yes | Yes | | | | | |
| P151 | PLAINTIFFS 00000315 | | Telllurian transaction details for Pictet Account No. I-330385.001 (Red Mango) | Yes | Yes | | | | | |
| P152 | PLAINTIFFS 00000421 | | Tellurian transaction details for UBS AG Hong Kong Branch Account No. 331966.N1 (Red Mango) | Yes | Yes | | | | | |
| P153 | PLAINTIFFS 00000440 | | Telllurian transaction details for Pictet Account No. 630446 (Red Mango) | Yes | Yes | | | | | |
| P154 | PLAINTIFFS_00009609 | | Statement of assets for UBS AG Hong Kong Branch Account No. 331966.N1 (Red Mango) | Yes | Yes | | | | | |
| P155 | PLAINTIFFS_00000340 | | UBS Confirmation of incoming delivery for Red Mango Acct. No. 530-331966.N1 | Yes | Yes | | | | | |
| P156 | | | Intentionally Omitted | | | | | | | |
| P157 | PLAINTIFFS_00000289 | | Telllurian transaction details for Clydesdale International Limited Account No. 530-130253-01 | Yes | | | | | | |
| P158 | | | Tellurian From 10-K (Annual Report) for Year Ending December 31, 2017 | Yes | | | | | | |
| P159 | | | 2017.08.11 Tellurian, Inc. Proxy Statement (14A) | Yes | | | | | | |
| P160 | | | 2019.02.14 Petronet MOU | Yes | Yes | | | | | |
| P161 | | | 2019.04.29 Tellurian Inc., Proxy Statement (DEF 14A) (Apr. 29, 2019) | Yes | | | | | | |
| P162 | | | 2019.07.19 Equity Capital Contribution Agreement between Driftwood Holdings and Total Delaware | Yes | Yes | | | | | |
| P163 | | | 2019.09.22, "Modi visit to Houston backdrop for one of the largest LNG deals in U.S. History" | Yes | Yes | | | | | |
| P164 | SOUKI_RM0001081 SOUKI_RM0001088 | | 2019.09.25 Picture from Tellurian and Petronet signing [attachment to email from O. Itkin to AML re: Tellurian and Petronet sign MOU for up to 5 million tonnes of LNG] | Yes | | | | | | |
| P165 | SOUKI_RM0001081 SOUKI_RM0001089 | | 2019.09.25 Picture from Tellurian and Petronet signing [attachment to email from O. Itkin to AML re: Tellurian and Petronet sign MOU for up to 5 million tonnes of LNG] | Yes | | | | | | |

PROPOSED LIST OF EXHIBITS
CASE NO. 1:22-cv-00165
PLAINTIFFS' LIST _X_ DEFENDANT'S LIST __ THIRD PTY DEFTS. LIST __
CASE CAPTION: Parker et al vs. Souki
PAGE NO. 6
DATE: APRIL 8, 2026

| Exhibit No | Bates No. | Witness | Description | Authenticity | Stip | Offer | REC'D | Refused | Ruling RSVD. | Comments/Info |
|---|---|---|---|---|---|---|---|---|---|---|
| P166 | | | 2020.03.05 Tellurian Inc., General Statement of Acquisition of Beneficial Ownership (Form 13D) (Mar. 5, 2020) | Yes | | | | | | |
| P167 | | | 2020.05.14 Tellurian Inc., Proxy Statement (DEF 14A) (May 14, 2020) | Yes | | | | | | |
| P168 | SOUKI_RM0003582 | | 2020.06.24 Rigzone announcement of Souki being named Executive Chairman | Yes | Yes | | | | | |
| P169 | SOUKI_RM0003580 | | 2021.10.21 Tellurian press release re transfer to NYSE | Yes | | | | | | |
| P170 | | | TELL Price History (Jan. 2020) | Yes | Yes | | | | | |
| P171 | SOUKI_RM0002795 | | 2021.06.30 Email from C. Gutierrez | Yes | | | | | | |
| P172 | | | Defendant Charif Souki's Objections and Answers to Plaintiffs' First Set of Interrogatories | Yes | Yes | | | | | |
| P173 | | | Defendant Charif Souki's Objections and Answers to Plaintiffs' First Set of Requests for Admission | Yes | Yes | | | | | |
| P174 | SOUKI_RM0002796 | | 2021.06.30 Letter from T. McConn to Nineteen77 Capital Solutions and Bermudez Mutari LTD re 2017 and 2018 Loan Agreements | Yes | | | | | | |
| P175 | SOUKI_RM0002695 | | C. Souki Balance Sheet as of August 31, 2019 | Yes | | | | | | |
| P176 | | | Photo of Christopher Parker | Yes | Yes | | | | | |
| P177 | | | Photo of Charif Souki | Yes | Yes | | | | | |
| P178 | UBS-Parker-0016297 | | 4.14.2017 Term Sheet | Yes | | | | | | |
| P179 | UBS-Parker-0016318 | | 4.15.2017 Email from R. Trelles re term sheet | Yes | | | | | | |
| P180 | | | TELL Stock Price thhrough 12/31/2021 | Yes | | | | | | |
| P181 | PLAINTIFFS_00009749 | | 6.8.2019 Text messages between C. Parker and Yousra Bellamine | Yes | | | | | | |
| P182 | PLAINTIFFS_00009299 | | 1.5.2021 Text messages between C. Parker, P. Kesler, and Tony | Yes | | | | | | |
| P183 | PLAINTIFFS_00009360 | | 7.17.2019 Text messages between C. Parker and P. Kesler | Yes | | | | | | |
| P184 | PLAINTIFFS_00001104 | | 1.19.2018 Email from D. Galvin to C. Parker re Tellurian | Yes | | | | | | |
| P185 | | | 4.29.2021 Tellurian Inc. Schedule 14A Proxy Statement | Yes | | | | | | |
| P186 | PLAINTIFFS_00001058 | | 12.1.2017 Email from D. Galvin to C. Parker | Yes | | | | | | |
| P187 | | | UBS Executed Business Records Affidavit | Yes | | | | | | |
| P188 | | | FRE 1006 Summary Exhibit | Yes | | | | | | |