IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Date:             April 16, 2026
Deputy Clerk:     Heidi L. Guerra
Court Reporter:   Kevin Carlin
Law Clerk:        Felix Hollaway

---

Civil Action No. **1:22-cv-00165-WJM-MDB**          Counsel:

CHRISTOPHER PARKER, and                              Matthew Lane Schwartz
RED MANGO ENTERPRISES LTD.,                          Craig Allen Wenner
                                                     Lauren Michelle Goldman
          Plaintiffs,                                Claire Greenberg
                                                     Jeffrey P. Waldron, Jr.
v.

CHARIF SOUKI,                                        Timothy S. McConn
                                                     Tyler P. Young
          Defendant,                                 Daniel Nolan Nightingale
                                                     Ayla S. Syed

---

## COURTROOM MINUTES

---

**Jury Trial, Day 4**

**8:51 a.m.    Court in session.** Jury not present.

All counsel, parties, and staff are present in the courtroom.

Discussion outside the presence of the jury.

Plaintiffs' Exhibit P180 is admitted into evidence.

8:55 a.m. Jury present.

Continued direct examination of Mr. Souki by Mr. Schwartz.

Plaintiffs' Exhibit P58 is admitted into evidence.

Cross examination of Mr. Souki by Mr. Young.

10:21 p.m.    Jury left the courtroom.

Discussion outside the presence of the courtroom.

**10:21 a.m.    Court in recess.**
**10:50 a.m.    Court in session.** Jury not present.

Plaintiffs' Exhibits TPD1, TPD2, and TPD3 are admitted into evidence, but will not go back to the jurors during their deliberation.

10:51 a.m.    Jury present.

Continued cross examination of Mr. Souki by Mr. Young.

Redirect examination of Mr. Souki by Mr. Schwartz.

Mr. Souki is excused.

11:19 a.m. Plaintiff's witness Mr. Seth Fliegler is called and placed under oath by Courtroom Deputy.

Plaintiffs' Exhibits P133, P111, P140, P121, P147, P150, P151, P152, and P144 are admitted into evidence.

Defendant's Exhibits A-035 and B-035 are admitted into evidence.

Direct examination of Mr. Fliegler by Ms. Goldman.

Mr. Fliegler is qualified under FRE 702 as an expert in economic analysis and valuation.

**12:13 p.m.    Court in recess.**
**1:35 p.m.    Court in session.** Jury present.

Cross examination of Mr. Fliegler by Mr. Young.

Redirect examination of Mr. Fliegler by Ms. Goldman.

Mr. Fliegler is excused.

Defendant's Exhibit A-044 is admitted into evidence.

Plaintiff rests.

1:58 p.m.    Jury left the courtroom.

**ORDERED:**    Defendant's oral Motion for Leave to file a Rule 50(a) Motion is GRANTED.

Defendant's oral Rule 50(a) Motion by Mr. Nightingale.

Plaintiffs' response to Defendant's oral Rule 50(a) Motion by Mr. Schwartz.

Defendant's reply to Plaintiffs' response to the oral Rule 50(a) Motion by Mr. Nightingale.

3:17 p.m.    Jury present.

Defendant rests.

Plaintiff has no rebuttal witnesses.

3:20 p.m.    Jury released, to return at 9:00 a.m. on Friday, April 17, 2026.

**3:21 p.m.    Court in recess.**
**4:17 p.m.    Court in session.**

**ORDERED:**  Defendant's oral Rule 50(a) Motion and [247] Motion for Judgment as a Matter of Law are DENIED as stated on the record.

Discussion held regarding closing arguments.

Admitted Exhibits read into the record by Courtroom Deputy.

**4:45 p.m.    Court in recess. Trial continued.**

Total time in court: 5 hours 7 minutes