IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Date:              April 17, 2026
Deputy Clerk:      Heidi L. Guerra
Court Reporter:    Kevin Carlin
Law Clerk:         Felix Hollaway

---

Civil Action No. **1:22-cv-00165-WJM-MDB**            Counsel:

CHRISTOPHER PARKER, and                              Matthew Lane Schwartz
RED MANGO ENTERPRISES LTD.,                          Craig Allen Wenner
                                                     Lauren Michelle Goldman
          Plaintiffs,                                Claire Greenberg
                                                     Jeffrey P. Waldron, Jr.

v.

CHARIF SOUKI,                                        Timothy S. McConn
                                                     Tyler P. Young
          Defendant,                                 Daniel Nolan Nightingale
                                                     Ayla S. Syed

---

## COURTROOM MINUTES

---

**Jury Trial, Day 5**

**8:41 a.m.**     **Court in session.** Jury not present.

All counsel, parties, and staff are present in the courtroom.

Discussion held regarding jury instructions.

**9:22 a.m.**     **Court in recess.**
**9:44 a.m.**     **Court in session.** Jury present.

The Court's final set of jury instructions are read to the jury.

10:52 a.m. Plaintiffs' opening closing argument by Mr. Wenner.

**11:23 a.m.**    **Court in recess.**
**11:37 a.m.**    **Court in session.** Jury present.

11:40 a.m. Defendant's closing arguments by Mr. McConn.

12:25 p.m. Plaintiffs' closing rebuttal argument by Mr. Schwartz.

12:44 p.m. Jury is escorted to the jury deliberation room by the Courtroom Deputy to begin deliberations.

Counsel is to stay within 10 minutes of the courthouse.

**ORDERED:**  Lunches are to be provided to the jury beginning April 17, 2026, and for the duration of deliberation.

**12:48 p.m.    Court in recess.**
**4:18 p.m.     Court in session.** Jury not present.

All counsel and parties are present in the courtroom.

4:19 p.m. Jury present.

Verdict tendered to the Court. Court reads verdict.

4:30 p.m. Jury is discharged.

Exhibits are returned to the custody of their respective parties.

**4:31 p.m.     Court is adjourned. Trial concluded.**

Total time in court: 3 hours 44 minutes