# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge William J. Martínez

**Case Number:**      **22-cv-00165-WJM-MDB**
**Christopher Parker and Red Mango Enterprises Ltd.**
**v.**
**Charif Souki**

## NOTE TO COURT

_____ We the jury have reached a verdict.

✓ We the jury have a question.

CAN WE HAVE A CALULATOR OR
HAVE SOMEONE COME IN TO PERFORM
~~CARRY~~ THE CALULATIONS FOR US

4/17/26 @ 3:23PM
**Date & Time**

**Answer from the Court**

Yes, a Calculator will be
provided to you.

17 April 2026
**Date & Time**                    **Judge William J. Martínez**
15:27

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge William J. Martínez

Case Number:       22-cv-00165-WJM-MDB
Christopher Parker and Red Mango Enterprises Ltd.
v.
Charif Souki

### NOTE TO COURT

✓_____    We the jury have reached a verdict.

_____    We the jury have a question.

_____

_____

_____

_____

_____

4/17/26  3:57 PM
**Date & Time**

### Answer from the Court

_____

_____

_____

_____

_____

_____

_____          _____
Date & Time                             Judge William J. Martínez