IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-00165-WJM-MDB

CHRISTOPHER PARKER, and
RED MANGO ENTERPRISES LTD.,

        Plaintiffs,

   v.

CHARIF SOUKI,

        Defendant.

---

## VERDICT FORM

---

We, the jury, upon our oaths, find and state as follows:

**I.**    <u>**PLAINTIFFS' CLAIM FOR BREACH OF THE 2019 AGREEMENT**</u>

   1.  Do you find that either or both Plaintiffs, Christopher Parker and Red Mango Enterprises, Ltd., have proven by a preponderance of the evidence that the Defendant, Charif Souki, breached the 2019 Agreement?

             *Answer "Yes" or "No":*

             **Mr. Parker** YES    **Red Mango** YES

*If you answered "Yes" for either or both Plaintiffs, then ANSWER QUESTION 2. If you answered "No" for both Plaintiffs, then proceed to Question 4.*

   2.  Do you find that either or both Plaintiffs have proven by a preponderance of the evidence that an exception to Mr. Souki's statute of frauds affirmative defense applies?

*Answer "Yes" or "No":*

**Mr. Parker** _YES_          **Red Mango** _YES_

*If you answered "Yes" for either or both Plaintiffs, then ANSWER QUESTION 3.  If you answered "No" for both Plaintiffs, then proceed to Question 4.*

3.  What amount of general damages do you award either or both Plaintiffs for Mr.

   Souki's breach of the 2019 Agreement?

   **Mr. Parker: $** _2,000,000.00_

   **Red Mango: $** _37,000,000.00_

## II.   PLAINTIFFS' CLAIM FOR BREACH OF THE 2021 AGREEMENT

4. Do you find that either or both Plaintiffs have proven by a preponderance of the evidence that Defendant breached the 2021 Agreement?

**Answer "Yes" or "No":**

**Mr. Parker** NO   **Red Mango** NO

*If you answered "Yes" for either or both Plaintiffs, then ANSWER QUESTION 5.*

*If you answered "No" for both Plaintiffs, then PROCEED TO QUESTION 6.*

5. What amount of general damages do you award either or both Plaintiffs for Defendant's breach of the 2021 Agreement?

**Mr. Parker: $_____**

**Red Mango: $_____**

3

### III.    PLAINTIFFS' CLAIM FOR PROMISSORY ESTOPPEL FOR THE 2019 AGREEMENT

*If you answered "No" for a Plaintiff in Question 1, then ANSWER THE FOLLOWING QUESTION 6 for that particular Plaintiff.  If you answered "Yes" in Question 1 for a Plaintiff, DO NOT ANSWER THE FOLLOWING QUESTIONS 6 and 7 for that particular Plaintiff.*

6.   Do you find that either or both Plaintiffs have proven by a preponderance of the evidence their promissory estoppel claim related to Mr. Souki's promise in August 2019 to compensate them for their losses of Tellurian stock?

**Answer "Yes" or "No":**

**Mr. Parker _____    Red Mango _____**

*If you answered "Yes" for either or both Plaintiffs, then ANSWER QUESTION 7.*

*If you answered "No" for both Plaintiffs, then PROCEED to QUESTION 8.*

7.   What amount of actual damages do you award either or both Plaintiffs for their promissory estoppel claim related to Defendant's promise in August 2019 to compensate them for their losses of Tellurian stock?

**Mr. Parker: $_____**

**Red Mango: $_____**

4

## IV.     PLAINTIFFS' CLAIM FOR PROMISSORY ESTOPPEL FOR THE 2021 AGREEMENT

*If you answered "No" for a Plaintiff in Question 4, then ANSWER THE FOLLOWING QUESTION 8 for that particular Plaintiff. If you answered "Yes" in Question 4 for a Plaintiff, DO NOT ANSWER THE FOLLOWING QUESTIONS 8 and 9 for that particular Plaintiff.*

8.   Do you find that either or both Plaintiffs have proven by a preponderance of the evidence their promissory estoppel claim related to Defendant's promise in February 2021 to compensate them for their losses of Tellurian stock?

**Answer "Yes" or "No":**

**Mr. Parker** No     **Red Mango** NO

*If you answered "Yes" for either or both Plaintiffs, then ANSWER QUESTION 9.*

*If you answered "No" for both Plaintiffs, then PROCEED to QUESTION 10.*

9.   What amount of actual damages do you award either or both Plaintiffs for their promissory estoppel claim related to Defendant's promise in February 2021 to compensate them for their losses of Tellurian stock?

**Mr. Parker: $_____**

**Red Mango: $_____**

5

## V.    PLAINTIFFS' CLAIM FOR FRAUDULENT INDUCEMENT

10.   Do you find that either or both Plaintiffs have proven their fraudulent inducement claim related to the 2019 agreement by a preponderance of the evidence?

*Answer "Yes" or "No":*

**Mr. Parker** NO   **Red Mango** NO

*If you answered "Yes" for either or both Plaintiffs to QUESTION 10, then ANSWER QUESTION 11.*

*If you answered "No" for both Plaintiffs to Question 10, then PROCEED to Question 12.*

11.   What amount of actual damages do you award either or both Plaintiffs for their fraudulent inducement claim related to the 2019 agreement?

**Mr. Parker: $**_____

**Red Mango: $**_____

12.   Do you find that either or both Plaintiffs have proven their fraudulent inducement claim related to the 2021 Agreement by a preponderance of the evidence?

*Answer "Yes" or "No":*

**Mr. Parker** NO   **Red Mango** NO

*If you answered "Yes" for either or both Plaintiffs to QUESTION 12, then ANSWER QUESTION 13.*

6

13.  What amount of actual damages do you award either or both Plaintiffs for their fraudulent inducement claim related to the 2021 Agreement?

**Mr. Parker: $**_____

**Red Mango: $**_____

*If you answered "No" for both Plaintiffs to BOTH QUESTIONS 10 and QUESTION 12, then PROCEED TO QUESTION 16.*

*If you answered "Yes" for either or both Plaintiffs to EITHER QUESTION 10 or QUESTION 12, then ANSWER QUESTION 14.*

14.  Do you find that either or both Plaintiffs have proven beyond a reasonable doubt that punitive damages should be awarded against Charif Souki?

***Answer "Yes" or "No":***

**Yes** \_\_\_\_\_    **No** \_\_\_\_\_

*If you answered "No" to Question 14, then do not answer QUESTION 15 and PROCEED to QUESTION 16.*

15.  If you answered "Yes" to Question 14, what amount of punitive damages do you award either or both Plaintiffs for their fraudulent inducement claim?

**Mr. Parker: $**_____

**Red Mango: $**_____

## VI.   PLAINTIFFS' CLAIM FOR UNJUST ENRICHMENT

16.  Do you find that either or both Plaintiffs have proven by a preponderance of the evidence that Defendant was unjustly enriched at either or both Plaintiffs' expense?

**Answer "Yes" or "No":**

**Mr. Parker** NO    **Red Mango** NO

*If you answered "Yes" for either or both Plaintiffs, then ANSWER QUESTION 17.*

*If you answered "No" for both Plaintiffs, then STOP HERE and THE FOREPERSON SHOULD SIGN AND DATE THE VERDICT FORM.*

17.  What amount of restitution do you award either or both Plaintiffs for their unjust enrichment claim?

**Mr. Parker: $**_____

**Red Mango: $**_____

*The foreperson should sign and date the verdict form on the following page.*

8

_____4/17/26_____
Date